# Exhibit 2

# Preliminary Claim Chart

*Sectra Communications AB v. Cellco Partnership d/b/a Verizon Wireless, MCI Communications Services LLC d/b/a Verizon Business Services, and Verizon Communications Inc.*

nelson bumgardner conroy

**U.S. Pat. No. 7,797,437**

**Claim 1**

# Preliminary Claim Chart

Sectra Communications AB ("Sectra" or "Plaintiff") contends that Cellco Partnership d/b/a Verizon Wireless, MCI Communications Services LLC d/b/a Verizon Business Services, and Verizon Communications Inc. (collectively, "Defendants" or "Verizon") has infringed and continue to infringe U.S. Patent No. 7,797,437 (the "'437 Patent") by, among other things, making, having made, using, offering for sale, and selling within this judicial district and elsewhere in the United States and importing into this judicial district and into the United States – without license or authority – the "Accused Instrumentalities" in a manner that infringes the claims of the '437 Patent. The "Accused Instrumentalities" include Verizon mobile devices, the Verizon wireless network infrastructure (including, for example, the IMS Core, the Evolved Packet Data Gateway (ePDG), carrier configurations, SIP signaling parameters, and session management software), and any products or service provided or used by Verizon that supports, incorporates, or implements Wi-Fi Calling, and/or any other similar functionalities that include handover capabilities between Wi-Fi and cellular networks. The Accused Instrumentalities also include Verizon's ZTNA/Mobile VPN products and services, including, for example, Verizon Zero Trust Dynamic Access (on information and belief, powered by iboss), Verizon Secure Gateway Services, Verizon Mobile Private Network, and Verizon Private IP.

# U.S. Patent No. 7,797,437

(12) **United States Patent**
**Hovmark et al.**

(10) **Patent No.: US 7,797,437 B2**
(45) **Date of Patent: Sep. 14, 2010**

(54) **METHOD FOR HANDOVER BETWEEN HETEROGENEOUS COMMUNICATIONS NETWORKS**

(75) Inventors: **Torbjorn Hovmark**, Avesta (SE); **Lars Resenius**, Bromma (SE)

(73) Assignee: **Columbitech AB**, Stockholm (SE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1965 days.

(21) Appl. No.: **10/432,547**

(22) PCT Filed: **Nov. 26, 2001**

(86) PCT No.: **PCT/SE01/02612**

§ 371 (c)(1), (2), (4) Date: **Nov. 3, 2003**

(87) PCT Pub. No.: **WO02/43348**

PCT Pub. Date: **May 30, 2002**

(65) **Prior Publication Data**

US 2004/0202128 A1 Oct. 14, 2004

(30) **Foreign Application Priority Data**

Nov. 24, 2000 (SE) .................... 0004338-0
Feb. 26, 2001 (SE) .................... 1010644-4

(51) **Int. Cl.**
*G06F 15/16* (2006.01)

(52) **U.S. Cl.** .................... **709/230**; 455/436; 455/428; 455/442; 719/328; 715/749

(58) **Field of Classification Search** .................... 709/230, 709/231, 234; 370/331; 719/328
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,061,346 A 5/2000 Nordman
6,298,060 B1 10/2001 Miyakawa et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0841 831 A2 5/1998

(Continued)

OTHER PUBLICATIONS

International Preliminary Examination Report for PCT/SE01/02612 dated Oct. 21, 2002.

(Continued)

*Primary Examiner*—Saleh Najjar
*Assistant Examiner*—Thuong (Tina) T Nguyen
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye, PC

(57) **ABSTRACT**

A method, computer program, and computer readable medium are disclosed for maintaining communication between first and second mobile units communicating via first and second communications networks, respectively. The first and second units include, respectively, first and second protocol stacks and first and second session layers, which interface between the first and second protocol stacks and first and second software components acting within the first and second units, respectively. The first unit includes first communications hardware with associated drive routines for different communications networks. When the first unit switches from a first to a third communications network, the first session layer maintains communication by selecting the first communications hardware and drive routine required for the third communications network. The identities of the first and second units are maintained by the first and second session layers and retained during the first unit's switching of communications networks.

**23 Claims, 3 Drawing Sheets**




| Bibliographic Details | |
|---|---|
| **Title** | METHOD FOR HANDOVER BETWEEN HETEROGENEOUS COMMUNICATIONS NETWORKS |
| **Issue Date** | September 14, 2010 |

(57) **ABSTRACT**

A method, computer program, and computer readable medium are disclosed for maintaining communication between first and second mobile units communicating via first and second communications networks, respectively. The first and second units include, respectively, first and second protocol stacks and first and second session layers, which interface between the first and second protocol stacks and first and second software components acting within the first and second units, respectively. The first unit includes first communications hardware with associated drive routines for different communications networks. When the first unit switches from a first to a third communications network, the first session layer maintains communication by selecting the first communications hardware and drive routine required for the third communications network. The identities of the first and second units are maintained by the first and second session layers and retained during the first unit's switching of communications networks.

# Reference Cited

The following chart represents Sectra's analysis of the Accused Instrumentalities based on publicly available information. This infringement analysis is preliminary, and Sectra's investigation into Verizon's infringement is ongoing. Sectra reserves the right to provide additional theories under which Verizon products or services infringe this patent.

- Verizon Smartphones, https://www.verizon.com/smartphones/
- Verizon About Wi-Fi Calling, https://www.verizon.com/support/wifi-calling-faqs/
- Verizon Knowledge Hub, https://community.verizon.com/kb/articles/1829968-wi-fi-calling-with-verizon
- 2010 International Congress on Ultra Modern Telecommunications and Control Systems and Workshops (ICUMT), https://ieeexplore.ieee.org/document/5676664
- Mobile Packet Core Engineer Guide, https://mobilepacketcore.com/glossary/sip-in-ims-network/
- Implement IMS, https://source.android.com/docs/core/connect/ims
- APN and CarrierConfig, https://source.android.com/docs/core/connect/update
- Carrier configuration, https://source.android.com/docs/core/connect/carrier
- GSMA TS.63 UE Wi-Fi Calling Requirements Specification, https://www.gsma.com/get-involved/working-groups/gsma_resources/ts-63-ue-wi-fi-calling-requirements-specification/

# Reference Cited


- RFC 3261, https://datatracker.ietf.org/doc/html/rfc3261
- 3GPP TR 22.937 V13.0.0, https://www.3gpp.org/dynareport/22937.htm
- 3GPP TS 23.402 V19.0.0, https://www.3gpp.org/dynareport/23402.htm
- 3GPP TS 23.228 V19.6.0, https://www.3gpp.org/Dynareport/23228.htm
- 3GPP TS 23.401 V11.6.0, https://www.3gpp.org/dynareport/23401.htm
- 3GPP TS 24.237 V19.0.0, https://www.3gpp.org/dynareport/24237.htm
- 3GPP TS 23.237 V19.0.0, https://www.3gpp.org/dynareport/23237.htm
- 3GPP TS 24.229 V19.7.0, https://www.3gpp.org/dynareport/24229.htm
- 3GPP TS 23.003 V 11.5.0, https://www.3gpp.org/dynareport/23003.htm
- 3GPP TS 33.402 V 11.4.0, https://www.3gpp.org/dynareport/33402.htm
- 3GPP TS 29.274 V 11.5.0, https://www.3gpp.org/dynareport/29274.htm

# Claim 1

| | |
|---|---|
| **1[pre]** | A method of maintaining communication between a first unit and a second unit, |
| **1[a]** | wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and; |
| **1[b]** | wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: |
| **1[c]** | providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; |
| **1[d]** | providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; |
| **1[e]** | causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; |

# Claim 1

**1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components;

**1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets;

**1[h]** providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks;

**1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and

**1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network.

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method of maintaining communication between a first unit and a second unit, | Verizon infringes Claim 1 of the ’437 Patent. Verizon performs a method of maintaining communication between a first unit and a second unit, the method comprising the steps discussed herein. For example, Verizon enables calls made over Wi-Fi to automatically switch to using cellular networks (LTE, etc.), such as if the Wi-Fi signal becomes weak or unavailable.<br><br>**About** Using Wi-Fi Calling Emergency address Troubleshooting How to<br><br>Expand All<br><br>What is Wi-Fi Calling?<br><br>Wi-Fi Calling (aka Voice over Wi-Fi or VoWiFi) is a built-in feature on most of our current smartphones. Wi-Fi Calling lets you make and receive voice calls, texts and video calls over a Wi-Fi (wireless internet) connection instead of using a carrier's cellular network.<br><br>**Verizon About Wi-Fi Calling** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method of maintaining communication between a first unit and a second unit, | Verizon Knowledge Hub |

verizon Mobile Home Internet Shop Deals

Community Home Discussions LevelUp Help Ask a question

Hey Guest, search the Verizon community

KNOWLEDGE HUB POPULAR ARTICLES › KNOWLEDGE HUB POPULAR ARTICLES

**Knowledge Hub Popular Articles**

Learn More About Your Verizon Mobile Bill

Verizon Home Device Protect

Activating your eSIM device on a standard monthly plan FAQs

Device Locking FAQs

Learn about pound (#) codes and star (*) codes

How to View Your Data Usage (Call history, Text and Mobile data)

## Wi-Fi Calling with Verizon

By Albrean_VZ Last Updated: Oct 7, 2025

**This article explains the benefits of Wi-Fi Calling at Verizon.**
**Extended Connectivity and Coverage**

- Wi-Fi Calling allows users to make and receive voice calls, texts, and video calls by utilizing a Wi-Fi (wireless internet) connection instead of the cellular network.
- This capability is crucial when a user is in an area with weak or no cellular network coverage.

**Domestic Cost Savings and Data Conservation**

- Domestic calls and texts made over Wi-Fi to numbers within the US don't count against the mobile plan's data allowance because they bypass the cellular network.
- International calls and texts made over Wi-Fi are charged as per your international long distance calling plan. If you don't have one, you're charged pay-as-you-go rates.

**Good to know:** If your wi-fi signal is weak or you leave the range of your wi-fi, your phone will automatically start using your mobile plan instead.

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[pre]** A method of maintaining communication between a first unit and a second unit, | **4 Use Cases**<br><br>**4.1 General requirements**<br><br>The subscriber possesses an UE which gives access to WLAN and 3GPP and access networks.<br><br>The UE shall support functionality to support service continuity when performing handover between the access networks to which it allows access.<br><br>Handover between networks shall be transparent to the user. | **3GPP TR 22.937, V13.0.0, Section 4.1** |
| | **16.10 Handover procedure from 3GPP access to WLAN on S2a**<br><br>**16.10.1 Handover procedure from 3GPP access to WLAN on S2a in single-connection mode**<br><br>**16.10.1.1 Handover in single-connection mode from 3GPP access to WLAN on GTP S2a**<br><br>This procedure is used in the single-connection mode to hand over a single PDN Connection from 3GPP access to WLAN. The decision to use the single-connection mode is made during authentication as described in clause 16.2. | **3GPPTS 23.402 V19.0.0, Section 16.10** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method of maintaining communication between a first unit and a second unit, |  Figure 1: Wi-Fi calling architecture. **GSMA TS.63 UE Wi-Fi Calling Requirements Specification, Section 2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[pre]** A method of maintaining communication between a first unit and a second unit, | Use cases for network type1 are described as below:<br>1. UE initially registered IMS voice over Wi-Fi.<br>a) UE receives 3GPP and non-3GPP interoperability information that network only support handover between ePDG and EPC.<br>b) Wi-Fi signal becomes unavailable and cellular network turns good.<br>c) If UE is camped on LTE, the UE shall seamlessly handover IMS PDN connection from Wi-Fi to LTE as long as handover condition is met.<br>d) If UE is camped on NR SA,<br>i. When there is no call, the UE is recommended to initiate a new IMS PDU session on NR SA once handover triggered.<br>ii. When there is on-going call, the UE shall perform LTE measurement before handover and try to handover active Wi-Fi Calling sessions from Wi-Fi to LTE as long as handover condition is met.<br>e) The UE has ongoing call in VoLTE.<br>f) After call is ended, the UE register back to NR SA.<br>2. UE initially registered IMS voice over NR SA.<br>a) UE receives 3GPP and non-3GPP interoperability information that network only support handover between ePDG and EPC.<br>b) UE start a call and it EPS fallback to VoLTE;<br>c) LTE signal becomes poor and Wi-Fi signal turns good, handover is triggered; UE directly handover VoLTE to VoWi-Fi.<br>Note: Handover condition and when to perform LTE measurement are up to device implementation. | **GSMA TS.63 UE Wi-Fi Calling Requirements Specification, Annex A.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | Verizon performs a method wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components. For example, Verizon sells mobile phones.<br><br>**Verizon Smartphones**  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | For example, the first unit is a geographically mobile unit (e.g., a user equipment (UE) / mobile phone, etc.) that includes a first protocol stack (e.g., TCP and/or UDP/IP, etc.) adapted to act between communications hardware (e.g., network interfaces/adapters, etc.) used for communication via a first communications network (e.g., cellular network, Wi-Fi, network connected to public Internet, etc.) and software components (e.g., telephone application, video call application, text message application, etc.).  3GPP TS 24.237 V19.0.0, Annex A.7.2 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | All SIP elements MUST implement UDP and TCP. SIP elements MAY implement other protocols.<br><br>**RFC 3261, Sections 2 and 18**<br><br>**Table A.7.3-5: SIP INVITE request (UE-1 to intermediate IM CN subsystem entities)**<br><br>INVITE sip:pstops.transfer@sccas1.home1.net SIP/2.0<br>Via: SIP/2.0/UDP [5555::aaa:bbb:ccc:ddd]:1357;comp=sigcomp;branch=z9hG4bKnashds7<br>Max-Forwards: 70<br>Route: sip:pcscf1.home1.net:7531;lr;comp=sigcomp>, <sip:orig@scscf1.home1.net;lr><br>P-Preferred-Identity: "John Doe" <sip:user1_public1@home1.net><br>P-Access-Network-Info:IEEE-802.11b<br>Privacy: none<br>From: <sip:user1_public1@home1.net>; tag=171828<br>To: <sip:pstops.transfer@sccas1.home1.net><br>Call-ID: cb03a0s09a2sdfglkj490333<br>Cseq: 127 INVITE<br>Supported: 100rel, precondition, gruu, outbound<br>Require: sec-agree; tdialog<br>Target-Dialog: me03a0s09a2sdfgjkl491777; remote-tag=774321; local-tag=64727891<br>Proxy-Require: sec-agree<br>Security-Verify: ipsec-3gpp; q=0.1; alg=hmac-sha-1-96; spi=87654321; port1=7531<br>Contact: < sip:user1_public1@home1.net;gr=urn:uuid:f81d4fae-7dec-11d0-a765-00a0c91e6bf6;ob>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel";+g.3gpp.ics="principal";<br>Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE<br>Accept: application/sdp, application/3gpp-ims+xml<br>Content-Type: application/sdp<br>Content-Length: (…)<br><br>**3GPP TS 24.237 V19.0.0, Annex A.7.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | **3GPP TS 23.402 V19.0.0, Section 7.1** |

7.1 Control and User Plane Protocol Stacks

7.1.1 Protocol Options for S2b

The following protocol may be supported on S2b:

- PMIPv6;
- GTP.

Figures 7.1.1-1 and 7.1.1-2 illustrate the control plane for Mobility Management (MM) and the user plane on S2b for the PMIPv6 and GTP variants of S2b respectively.



# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and |  Figure 1: Wi-Fi calling architecture. **GSMA TS.63 UE Wi-Fi Calling Requirements Specification, Section 2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and |   Figure 4.2.2-1: Non-Roaming Architecture within EPS using S5, S2a, S2b<br>**3GPP TS 23.402 V19.0.0, Section 4.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | <br>Figure 4.10.5.1-1: Single IPSec SA per PDN connection<br><br>**3GPP TS 23.402 V19.0.0, Section 4.10.5** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[a]** wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | 4.7.2.2 The EPS bearer with GTP-based S5/S8  Figure 4.7.2.2-1: Two Unicast EPS bearers (GTP-based S5/S8) **3GPP TS 23.401 V11.6.0, Section 4.7.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: | Verizon performs a method wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components. For example, the second unit includes a second user equipment (UE) / mobile phone which includes a second protocol stack (e.g., TCP, UDP/IP) adapted to act between communications hardware (e.g., network interfaces/adapters) used for communication via a second communications network (e.g., cellular network, network connected to public Internet, Wi-Fi, etc.) and software components (e.g., audio, video, messaging software, etc.). The particular details are in Verizon's possession, custody, and control. <br> <br>3GPP TS 24.237 V19.0.0, Annex A.7.2 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: | All SIP elements MUST implement UDP and TCP. SIP elements MAY implement other protocols.<br><br>**RFC 3261, Sections 2 and 18**<br><br>**Table A.7.3-12: SIP 200 (OK) response (UE-2 to intermediate IM CN subsystem entities)**<br><br>SIP/2.0 200 OK<br>Via: SIP/2.0/UDP pcscf2.visited2.net:5088;comp=sigcomp;branch=z9hG4bK361k21.1,<br>SIP/2.0/UDP scscf2.home2.net;branch=z9hG4bK764z87.1,<br>SIP/2.0/UDP scscf1.home1.net;branch=z9hG4bK332b23.1,<br>SIP/2.0/UDP sccas.home1.net;branch=z9hG4bK332b33.3<br>Record-Route: <sip:pcscf2.visited2.net:5088;lr;comp=sigcomp>, <sip:scscf2.home2.net;lr>,<br><sip:scscf1.home1.net;lr><br>P-Access-Network-Info: 3GPP-UTRAN-TDD; utran-cell-id-3gpp=234151D0FCE11<br>Privacy: none<br>From: <sip:user1_public1@home1.net>; tag=171777<br>To: <tel:+1-212-555-2222>;tag=4321<br>Call-ID: dc14b1t10b3teghm1k5013333<br>CSeq: 111 INVITE<br>Supported: precondition, 100rel<br>Contact: <sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-<br>ad76cc7fc74>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel" ><br>Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE, REFER, MESSAGE<br>Content-Type: application/sdp<br>Content-Length: (…)<br><br>**3GPP TS 24.237 V19.0.0, Annex A.7.3** |

Case 2:26-cv-00930-RWS Document 1-3 Filed 10/15/26 Page 24 of 99 PageID #: 68

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: | In another example, the second unit includes P-GW (together with service-side servers and cooperating ePDG and S-GW) which includes a second protocol stack (e.g., TCP, UDP/IP, IP transport supporting IPSec connection, etc.) adapted to act between communications hardware (e.g., network interfaces/adapters of P-GW and service-side servers, ePDG and S-GW) used for communication via a second communications network (e.g., cellular network, network connected to public Internet, Wi-Fi, etc.) and software components (e.g., IMS voice-service software, Wi-Fi Calling / VoLTE session processing software, etc.).<br><br>**3GPP TS 23.402 V19.0.0, Section 7.1** |



# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: |  <br>Figure 1: Wi-Fi calling architecture.<br><br>**GSMA TS.63 UE Wi-Fi Calling Requirements Specification, Section 2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: |   Figure 4.2.2-1: Non-Roaming Architecture within EPS using S5, S2a, S2b<br><br>**3GPP TS 23.402 V19.0.0, Section 4.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: |  <br>**Figure 4.10.5.1-1: Single IPSec SA per PDN connection**<br><br>**3GPP TS 23.402 V19.0.0, Section 4.10.5** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[b]** wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of: | <br>**Figure 4.7.2.2-1: Two Unicast EPS bearers (GTP-based S5/S8)**<br><br>**3GPP TS 23.401 V11.6.0, Section 4.7.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[c]** providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; | Verizon performs a method that includes providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components. For example, Verizon provides a first unit (e.g., user equipment (UE) / mobile phone, etc.) with a first session layer (e.g., UE side IMS/SIP and SDP functionality, etc.) that is adapted to act as an interface between the protocol stack (e.g., UDP/IP, etc.) and software components (e.g., telephone application, video call application, text message application, etc.). The particular details are in Verizon's possession, custody, and control.<br><br>**Implement IMS**<br>Android 9 introduces a SystemApi interface called ImsService to help you implement IP Multimedia Subsystem (IMS). The ImsService API is a well-defined interface between the Android platform and a vendor or carrier-provided IMS implementation.<br>*Implement IMS*<br><br>**APN and CarrierConfig**<br>Carriers can update their Access Point Name (APN) information and their carrier-specific configuration settings (CarrierConfig) in the Android Open Source Project (AOSP).<br>*APN and CarrierConfig*<br><br>The User Equipment (UE) shall provide the User Agent (UA) role, with the exceptions and additional capabilities to SIP as described in subclause 5.1, with the exceptions and additional capabilities to SDP as described in subclause 6.1, and with the exceptions and additional capabilities to SigComp as described in subclause 8.1. The UE shall also provide the access technology specific procedures described in the appropriate<br>*3GPP TS 24.229 V19.7.0, Section 4.1* |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[c]** providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; | **Carrier configuration**<br><br>Android 6.0 and higher include a capability for privileged apps to provide carrier-specific configuration to the platform. This functionality, based on the UICC Carrier Privileges introduced in Android 5.1 (Lollipop MR1), allows carrier configuration to be moved away from the static configuration overlays and gives carriers and OEMs the ability to dynamically provide carrier configuration to the platform through a defined interface.<br><br>A properly signed carrier app can either be preloaded in the system image, installed automatically, or manually installed through an app store. The app is queried by the platform to provide configuration for settings including:<br>• Roaming/nonroaming networks<br>• Visual voicemail<br>• SMS/MMS network settings<br>• VoLTE/IMS configurations<br><br>**Note:** This app must be signed with the certificate that has a matching signature to one on the SIM. See How is privilege granted to a carrier app for details.<br><br>The determination of what values to return is entirely up to the carrier app and can be dynamic based on detailed information passed to the app through the platform.<br><br>**Carrier configuration** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| 1[c] providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; | *Abstract*—The IP Multimedia Subsystem (IMS) is an IP based service control framework architecture. It uses Session Initiation Protocol (SIP) to control its multimedia sessions. The IMS core can be considered as a collection of different functions that are linked with standard interfaces, forming an IMS core network.<br>**2010 ICUMT**<br><br>Mobile Packet Core<br>Mobile Packet Core Engineer Guide<br>HOME CONTACT US COURSES<br>SIP in IMS network<br>SIP refers to "Session Initiation Protocol". It is a fundamental protocol in the IMS network, that is responsible for the establishment, modification, and termination of multimedia sessions, such as voice and video calls.<br>In addition, SIP is responsible for the registration of user endpoints with the IMS network. It handles the process of associating a user's public identity (e.g., phone number, SIP URI) with their current IP address or contact information.<br>Also SIP provides the mechanisms for locating and routing signalling messages to the appropriate IMS network elements, such as the P-CSCF and the S-CSCF.<br>**Mobile Packet Core Engineer Guide** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; |  <br>3GPP TS 24.237 V19.0.0, Annex A.7.2<br>**5. SIP INVITE request (UE-1 to intermediate IM CN subsystem entities) - see example in table A.7.2-5**<br>The UE-1 sends an initial SIP INVITE request with the PS to PS STI and a new SDP offer to the UE-2 that indicates that the new call replaces the existing call. The initial SIP INVITE request establishes a dialog for signalling and specifies in the SDP the new contact address that will be used for media over the new IP-CAN. Upon sending the initial SIP INVITE request, the UE-1 is ready to receive the RTP packets either over the new IP-CAN or the old IP-CAN. The RTP packets can arrive over the new IP-CAN prior to the UE-1 receiving the SIP 200 (OK) response for the initial SIP INVITE request. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; | SIP is an application-layer control protocol that can establish, modify, and terminate multimedia sessions (conferences) such as Internet telephony calls. SIP can also invite participants to already existing sessions, such as multicast conferences. Media can be added to (and removed from) an existing session. SIP transparently supports name mapping and redirection services, which supports personal mobility [27] - users can maintain a single externally visible identifier regardless of their network location.<br><br>SIP is not a vertically integrated communications system. SIP is rather a component that can be used with other IETF protocols to build a complete multimedia architecture. Typically, these architectures will include protocols such as the Real-time Transport Protocol (RTP) (RFC 1889 [28]) for transporting real-time data and providing QoS feedback, the Real-Time streaming protocol (RTSP) (RFC 2326 [29]) for controlling delivery of streaming media, the Media<br><br>All SIP elements MUST implement UDP and TCP. SIP elements MAY implement other protocols.<br><br>**RFC 3261, Sections 2 and 18** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[c]** providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; |  Figure 8.2.1.1-1: Handover from Trusted or Untrusted Non-3GPP IP Access to E-UTRAN with PMIPv6 on S2a or S2b and GTP on S5/S8 interfaces<br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components; | **4.3.5.8 IMS voice over PS Session Supported Indication**<br><br>The serving PLMN shall send an indication toward the UE during the Attach procedure and Tracking Area Update procedures if an IMS voice over PS session is supported. The serving PLMN uses this indicator to indicate to the UE whether it can expect a successful IMS voice over PS session according to TS 22.173 [73] with a bearer that supports Conversational Voice as specified in TS 23.203 [6]. A UE with "IMS voice over PS" voice capability should take this indication into account when establishing voice over PS sessions (as specified in TS 23.221 [27]) as well as when determining whether to deactivate the special handling of ISR locally (as detailed in clause 4.3.5.6).<br><br>**4.3.5.9 Voice domain preference and UE's usage setting**<br><br>If the UE supports CS fallback, or the UE is configured to support IMS voice, or both, the UE shall include the information element "Voice domain preference and UE's usage setting" in Attach Request, Tracking Area Update Request and Routing Area Update Request messages. The purpose of this information element is to signal to the network the UE's usage setting and voice domain preference for E-UTRAN. The UE's usage setting indicates whether the UE behaves in a voice centric or data centric way (as defined in TS 23.221 [27]). The voice domain preference for E-UTRAN indicates whether the UE is configured as CS Voice only, CS Voice preferred and IMS PS Voice as secondary, IMS PS Voice preferred and CS Voice as secondary, or IMS PS Voice only (as defined in TS 23.221 [27]).<br><br>**3GPP TS 23.401 V 11.6.0, Sections 4.3.5.8, 4.3.5.9** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[d]** providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; | Verizon performs a method that includes providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components. For example, the second unit includes a second user equipment / mobile phone (UE 2), and Verizon provides such second unit with a second session layer (e.g., UE 2 side IMS/SIP and SDP functionality, etc.) that is adapted to act as an interface between the protocol stack (e.g., UDP/IP, etc.) and software components (e.g., telephone application, video call application, text message application, etc.). The particular details are in Verizon's possession, custody, and control.<br>.<br><br>**Implement IMS**<br>Android 9 introduces a SystemApi interface called ImsService to help you implement IP Multimedia Subsystem (IMS). The ImsService API is a well-defined interface between the Android platform and a vendor or carrier-provided IMS implementation.<br>— Implement IMS<br><br>**APN and CarrierConfig**<br>Carriers can update their Access Point Name (APN) information and their carrier-specific configuration settings (CarrierConfig) in the Android Open Source Project (AOSP).<br>— APN and CarrierConfig<br><br>The User Equipment (UE) shall provide the User Agent (UA) role, with the exceptions and additional capabilities to SIP as described in subclause 5.1, with the exceptions and additional capabilities to SDP as described in subclause 6.1, and with the exceptions and additional capabilities to SigComp as described in subclause 8.1. The UE shall also provide the access technology specific procedures described in the appropriate<br>— 3GPP TS 24.229 V19.7.0, Section 4.1 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[d]** providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; | *Abstract*—The IP Multimedia Subsystem (IMS) is an IP based service control framework architecture. It uses Session Initiation Protocol (SIP) to control its multimedia sessions. The IMS core can be considered as a collection of different functions that are linked with standard interfaces, forming an IMS core network.<br>**2010 ICUMT**<br><br>Mobile Packet Core<br>Mobile Packet Core Engineer Guide<br>HOME CONTACT US COURSES<br>SIP in IMS network<br>SIP refers to "Session Initiation Protocol". It is a fundamental protocol in the IMS network, that is responsible for the establishment, modification, and termination of multimedia sessions, such as voice and video calls.<br>In addition, SIP is responsible for the registration of user endpoints with the IMS network. It handles the process of associating a user's public identity (e.g., phone number, SIP URI) with their current IP address or contact information.<br>Also SIP provides the mechanisms for locating and routing signalling messages to the appropriate IMS network elements, such as the P-CSCF and the S-CSCF.<br>**Mobile Packet Core Engineer Guide** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[d]** providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; | <br>**3GPP TS 24.237 V19.0.0, Annex A.7.2**<br>**13. SIP 200 (OK) response (UE-2 to intermediate IM CN subsystem entities)**<br>Upon receiving the SIP re-INVITE request containing the SDP offer, since the UE-2 has all resources available, it sends immediately the SIP 200 (OK) response to the SIP re-INVITE request that contains the SDP answer. The SDP answer indicates that the resources are available. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[d]** providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; | SIP is an application-layer control protocol that can establish, modify, and terminate multimedia sessions (conferences) such as Internet telephony calls. SIP can also invite participants to already existing sessions, such as multicast conferences. Media can be added to (and removed from) an existing session. SIP transparently supports name mapping and redirection services, which supports personal mobility [27] - users can maintain a single externally visible identifier regardless of their network location.<br><br>SIP is not a vertically integrated communications system. SIP is rather a component that can be used with other IETF protocols to build a complete multimedia architecture. Typically, these architectures will include protocols such as the Real-time Transport Protocol (RTP) (RFC 1889 [28]) for transporting real-time data and providing QoS feedback, the Real-Time streaming protocol (RTSP) (RFC 2326 [29]) for controlling delivery of streaming media, the Media<br><br>All SIP elements MUST implement UDP and TCP. SIP elements MAY implement other protocols.<br><br>**RFC 3261, Sections 2 and 18** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[d]** providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; | In another example, the second unit includes P-GW (together with service-side servers and cooperating ePDG and S-GW), and Verizon provides such second unit with a second session layer (e.g., P-GW software implementing PDN-connection management, bearer/tunnel management, and packet classification and forwarding) that is adapted to act as an interface between the protocol stack (e.g., UDP/IP, IP transport supporting IPSec connection, etc.) and software components (e.g., IMS voice-service software, Wi-Fi Calling / VoLTE session processing software, etc.). The particular details are in Verizon's possession, custody, and control.<br><br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1**<br><br><br>Figure 8.2.1.1-1: Handover from Trusted or Untrusted Non-3GPP IP Access to E-UTRAN with PMIPv6 on S2a or S2b and GTP on S5/S8 interfaces |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[d]** providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; |  Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses  Figure 4.2.2-1: Roaming architecture for 3GPP accesses. Home routed traffic<br>**3GPP TS 23.401 V11.6.0, Sections 4.2.1, 4.2.2, 4.2.3**<br>**SGi:** It is the reference point between the PDN GW and the packet data network. Packet data network may be an operator external public or private packet data network or an intra operator packet data network, e.g. for provision of IMS services. This reference point corresponds to Gi for 3GPP accesses.<br>PDN GW functionality is described in TS 23.401 [4] for 3GPP accesses connected to the EPC via GTP-based and PMIP-based S5/S8 interface. The PDN GW supports functionality specified in TS 23.401 [4] that is common to both PMIP-based and GTP-based S5/S8 interfaces also for access to EPC via non-3GPP accesses.<br>Additionally, the PDN GW is the user plane anchor for mobility between 3GPP access and non-3GPP access. For this, the PDN GW includes the following functionality:<br>**3GPP TS 23.402 V19.0.0 Section 4.3.3.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | Verizon performs a method that includes causing said first session layer to indicate a first identity corresponding to said second unit and said second software components. For example, when the second unit is a second user equipment / mobile phone (UE 2), Verizon causes the first session layer (e.g., UE side IMS/SIP and SDP functionality, etc.) to indicate a first identity (e.g., UE 2's IMPU / SIP URI, UE's SIP dialog identifier / dynamic STI, etc.) corresponding to the second unit and second software components. The particular details are in Verizon's possession, custody, and control.<br><br>**13.4 Public User Identity**<br>A Public User Identity is any identity used by a user within the IMS subsystem for requesting communication to another user.<br>The Public User Identity shall take the form of either a SIP URI (see IETF RFC 3261 [26]) or a Tel URI (see IETF RFC 3966 [45]).<br>**3GPP TS 23.003 V 11.5.0 Section 13.4**<br><br>In accordance with RFC 3325 [34] the UE may insert a P-Preferred-Identity header field in any initial request for a dialog or request for a standalone transaction as a hint for creation of an asserted identity (contained in the P-Asserted-Identity header field) within the IM CN subsystem.<br><br>The UE shall determine the public user identity to be used for this request as follows:<br>1) if a P-Preferred-Identity was included, then use that as the public user identity for this request; or<br>2) if no P-Preferred-Identity was included, then use the default public user identity for the security association or TLS session and the associated contact address as the public user identity for this request;<br>**3GPP TS 24.229 V19.7.0 Section 5.1.2A.1.1**<br><br>**Dynamic STI**: An STI dynamically assigned by the SCC AS, representing the SIP dialog identifier (Call-ID header field and the values of tags in To and From header fields) and used for session transfer request when Gm service control is available.<br>**3GPP TS 24.237 V19.0.0, Section 3.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | check if an original dialog identifier that the S-CSCF previously placed in a Route header field is present in the topmost Route header field of the incoming request.<br>- If present, the request has been sent from an AS in response to a previously sent request.<br>- If not present, it indicates that the request is visiting the S-CSCF for the first time and in this case the S-CSCF shall determine the served user by taking the identity contained in the Request-URI. If the Request-URI is a temporary GRUU assigned by the S-CSCF as defined in subclause 5.4.7A.3, then take the public user identity that is associated with the temporary GRUU to be the served user identity. Then check whether the determined served user identity is a barred public user identity. In case the served user identity is a barred public user identity for the user, then the S-CSCF shall reject the request by generating a 404 (Not Found) response. Otherwise, the S-CSCF shall save the Request-URI from the request, the served user identity and the public user identity of the served user and continue with the rest of the steps;<br><br>2A) if there was no original dialog identifier present in the topmost Route header field of the incoming request build an ordered list of initial filter criteria based on the public user identity in the Request-URI of the received request as described in 3GPP TS 23.218 [5]. | **3GPP TS 24.229 V19.7.0 Section 5.4.3.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | **8.1.1.2 To**<br><br>The To header field first and foremost specifies the desired "logical" recipient of the request, or the address-of-record of the user or resource that is the target of this request. This may or may not be the ultimate recipient of the request. The To header field MAY contain a SIP or SIPS URI, but it may also make use of other URI schemes (the tel URL (RFC 2806 [9]), for example) when appropriate. All SIP implementations MUST support the SIP URI scheme. Any implementation that supports TLS MUST support the SIPS URI scheme. The To header field allows for a display name.<br><br>Since the initial INVITE represents a request outside of a dialog, its construction follows the procedures of Section 8.1.1. Additional processing is required for the specific case of INVITE.<br><br>**8.1.1.1 Request-URI**<br><br>The initial Request-URI of the message SHOULD be set to the value of the URI in the To field. One notable exception is the REGISTER method; behavior for setting the Request-URI of REGISTER is given in Section 10. It may also be undesirable for privacy reasons or convenience to set these fields to the same value (especially if the originating UA expects that the Request-URI will be changed during transit). | **RFC 3261, Sections 8.1.1.1, 8.1.1.2, 13.2.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | Alice "calls" Bob using his SIP identity, a type of Uniform Resource Identifier (URI) called a SIP URI. SIP URIs are defined in Section 19.1. It has a similar form to an email address, typically containing a username and a host name. In this case, it is sip:bob@biloxi.com, where biloxi.com is the domain of Bob's SIP service provider. Alice has a SIP URI of sip:alice@atlanta.com. Alice might have typed in Bob's URI or perhaps clicked on a hyperlink or an entry in an address book. SIP also provides a secure URI, called a SIPS URI. An example would be sips:bob@biloxi.com. A call made to a SIPS URI guarantees that secure, encrypted transport (namely TLS) is used to carry all SIP messages from the caller to the domain of the callee. From there, the request is sent securely to the callee, but with security mechanisms that depend on the policy of the domain of the callee.<br><br>**RFC 3261, Section 4** | Via contains the address (pc33.atlanta.com) at which Alice is expecting to receive responses to this request. It also contains a branch parameter that identifies this transaction.<br><br>To contains a display name (Bob) and a SIP or SIPS URI (sip:bob@biloxi.com) towards which the request was originally directed. Display names are described in RFC 2822 [3].<br><br>From also contains a display name (Alice) and a SIP or SIPS URI (sip:alice@atlanta.com) that indicate the originator of the request. This header field also has a tag parameter containing a random string (1928301774) that was added to the URI by the softphone. It is used for identification purposes.<br><br>Call-ID contains a globally unique identifier for this call, generated by the combination of a random string and the softphone's host name or IP address. The combination of the To tag, From tag, and Call-ID completely defines a peer-to-peer SIP relationship between Alice and Bob and is referred to as a dialog. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | See figure and 3GPP TS 23.237 V19.0.0, Section 6.2.1.2 below |




**Figure 6.2.1.2-1: Originating session that uses CS media**

1. UE-1 initiates a multimedia session to UE-2 and makes use of CS media. UE-1 sends the request to the SCC AS following the procedures specified in TS 23.292 [5], clause 7.3.2 Originating sessions that use CS media, for setting up CS bearer, anchoring the session at the SCC AS, merging multiples legs if necessary, and forwarding the combined session request to UE-2.
2. The SCC AS anchors the session. A dynamic STI is assigned for the anchored session.
3. The SCC AS completes session setup to UE-2 and sends a response to UE-1 based on the procedures specified in TS 23.292 [5]. The dynamic STI is communicated between the SCC AS and UE-1 if possible.

**3GPP TS 23.237 V19.0.0, Section 6.2.1.2**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; |  <br>**Figure 6.3.2.2.1-1: Information flow for PS-PS Access Transfer**<br>1. UE-1 connects to a new IP-CAN and receives new IP address(es). UE-1 decides to perform PS to PS Access Transfer based on SC policy information.<br>2. UE-1 registers to the S-CSCF via the new IP-CAN. This registration may go through the same P-CSCF or a different P-CSCF.<br>3 ~ 5. UE-1 sends an INVITE message on the new IP-CAN towards the SCC AS. The INVITE message includes the STI identifying the session to be transferred. The INVITE message also indicates to the SCC AS that it performs Access Transfer with full media transfer.<br>6. The SCC AS identifies the session based on STI and updates the session over the remote access leg (see clause 6.3.1.5).<br>7. The SCC AS completes session setup with UE-1 on the new access leg and releases old session based on the standard IMS procedures.<br>**3GPP TS 23.237 V19.0.0, Section 6.3.2.2.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | In another example, when the second unit is P-GW (together with service-side servers and cooperating ePDG and S-GW), Verizon causes the first session layer (e.g., UE side IMS/SIP and SDP functionality, etc.) to indicate a first identity (e.g., NAI, IMSI, or GUTI together with the APN identifying the IMS PDN, etc.) corresponding to the second unit and second software components. The particular details are in Verizon's possession, custody, and control.<br><br>**2.1 General**<br>A unique International Mobile Subscriber Identity (IMSI) shall be allocated to each mobile subscriber in the GSM/UMTS/EPS system.<br>NOTE: This IMSI is the concept referred to by ITU-T as "International Mobile Station Identity".<br><br>IMSI is composed of three parts:<br>1) Mobile Country Code (MCC) consisting of three digits. The MCC identifies uniquely the country of domicile of the mobile subscriber;<br>2) Mobile Network Code (MNC) consisting of two or three digits for GSM/UMTS applications. The MNC identifies the home PLMN of the mobile subscriber. The length of the MNC (two or three digits) depends on the value of the MCC. A mixture of two and three digit MNC codes within a single MCC area is not recommended and is outside the scope of this specification.<br>3) Mobile Subscriber Identification Number (MSIN) identifying the mobile subscriber within a PLMN.<br><br>**3GPP TS 23.003 V 11.5.0 Sections 2.1, 2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | **2.8.1 Introduction**<br><br>The purpose of the GUTI is to provide an unambiguous identification of the UE that does not reveal the UE or the user's permanent identity in the Evolved Packet System (EPS). It also allows the identification of the MME and network. It can be used by the network and the UE to establish the UE's identity during signalling between them in the EPS. See 3GPP TS 23.401 [72].<br><br>The GUTI has two main components:<br><br>- one that uniquely identifies the MME which allocated the GUTI; and<br>- one that uniquely identifies the UE within the MME that allocated the GUTI.<br><br>**3GPP TS 23.003 V 11.5.0 Section 2.8.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | **19.3.1 Introduction**<br><br>This subclause describes the format of the UE identification needed to access the 3GPP EPC from both 3GPP and non-3GPP accesses.<br><br>The NAI is generated respectively by:<br>- the S-GW at the S5/S8 reference point;<br>- the non-3GPP access network or client at the S2a reference point;<br>- the ePDG at the S2b reference point;<br>- the DSMIPv6 client at the S2c reference point.<br><br>The NAI shall be generated based on the IMSI or, when UE is performing emergency attach and IMSI is not available or not authenticated, on the IMEI (see subclause 19.3.6).<br><br>For further information on the use of the parameters see 3GPP TS 24.234 [48].<br><br>**3GPP TS 23.003 V 11.5.0 Section 19.3.1**<br><br>2. The UE sends the user identity (in the IDi payload) and the APN information (in the IDr payload) in this first message of the IKE_AUTH phase, and begins negotiation of child security associations. The UE omits the AUTH parameter in order to indicate to the ePDG that it wants to use EAP over IKEv2. The user identity shall be compliant with Network Access Identifier (NAI) format specified in TS 23.003 [8], containing the IMSI or the pseudonym, as defined for EAP-AKA in RFC 4187 [7]). The UE shall send the configuration payload (CFG_REQUEST) within the IKE_AUTH request message to obtain an IPv4 and/or IPV6 home IP Address and/or a Home Agent Address.<br><br>**3GPP TS 33.402 V 11.4.0 Section 8.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | **9.1 Structure of APN**<br>The APN is composed of two parts as follows:<br>• The APN Network Identifier; this defines to which external network the GGSN/PGW is connected and optionally a requested service by the MS. This part of the APN is mandatory.<br>• The APN Operator Identifier; this defines in which PLMN GPRS/EPS backbone the GGSN/PGW is located. This part of the APN is optional.<br>NOTE 1: The APN Operator Identifier is mandatory on certain interfaces, see the relevant stage 3 specifications.<br><br>The APN as defined in clause 9 is used also in EPC to identify the access network to be used for a specific PDN connection or PDP Context. In addition, the APN Network Identifier (APN-NI) part of the APN as defined in subclause 9.1.1 of the present document may be used to access a service associated with a PDN-GW or GGSN. This is achieved by defining an APN which in addition to being usable to select a PDN-GW or GGSN is locally interpreted by the PDN-GW or GGSN as a request for a specific service.<br>For DNS procedures defined in 3GPP TS 29.303 [73], an APN-FQDN derived from a given APN is used instead of the APN itself as defined in subclause 19.4.2.2. For all other purposes, including communication between EPC nodes and to the UE, the APN format defined in clause 9 is used. In order to support backwards compatibility with existing GPRS/PS roaming using the Gn/Gp interfaces, the APN as specified in clause 9 of the present document may also be used for the DNS procedures as defined in 3GPP TS 23.060 [3].<br><br>**3GPP TS 23.003 V 11.5.0 Sections 9.1, 19.4.1**<br><br>**3GPP TS 23.401 V 11.6.0 Section 5.7.2**<br><br>For each active PDN connection:<br>APN in Use — The APN currently used. This APN shall be composed of the APN Network Identifier and the default APN Operator Identifier, as specified in TS 23.003 [9], clause 9.1.2. Any received value in the APN OI Replacement field is not applied here. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | Verizon performs a method that includes causing said second session layer to indicate a second identity corresponding to said first unit and said first software components. For example, when the second unit is a second user equipment / mobile phone, Verizon causes second session layer (e.g., UE 2 side IMS/SIP and SDP functionality, etc.) to indicate a second identity (e.g., UE's IMPU / SIP URI, SIP dialog identifier, etc.) corresponding to the first unit and first software components. The particular details are in Verizon's possession, custody, and control.<br><br>**13.4 Public User Identity**<br><br>A Public User Identity is any identity used by a user within the IMS subsystem for requesting communication to another user.<br><br>The Public User Identity shall take the form of either a SIP URI (see IETF RFC 3261 [26]) or a Tel URI (see IETF RFC 3966 [45]).<br><br>**3GPP TS 23.003 V 11.5.0 Section 13.4**<br><br>In accordance with RFC 3325 [34] the UE may insert a P-Preferred-Identity header field in any initial request for a dialog or request for a standalone transaction as a hint for creation of an asserted identity (contained in the P-Asserted-Identity header field) within the IM CN subsystem.<br><br>The UE shall determine the public user identity to be used for this request as follows:<br>1) if a P-Preferred-Identity was included, then use that as the public user identity for this request; or<br>2) if no P-Preferred-Identity was included, then use the default public user identity for the security association or TLS session and the associated contact address as the public user identity for this request;<br><br>**3GPP TS 24.229 V19.7.0 Section 5.1.2A.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | **8.1.1.3 From**<br><br>The From header field indicates the logical identity of the initiator of the request, possibly the user's address-of-record. Like the To header field, it contains a URI and optionally a display name. It is used by SIP elements to determine which processing rules to apply to a request (for example, automatic call rejection). As such, it is very important that the From URI not contain IP addresses or the FQDN of the host on which the UA is running, since these are not logical names.<br><br>**8.2.6.2 Headers and Tags**<br><br>The From field of the response MUST equal the From header field of the request. The Call-ID header field of the response MUST equal the Call-ID header field of the request. The CSeq header field of the response MUST equal the CSeq field of the request. The Via header field values in the response MUST equal the Via header field values in the request and MUST maintain the same ordering.<br><br>If a request contained a To tag in the request, the To header field in the response MUST equal that of the request. However, if the To header field in the request did not contain a tag, the URI in the To header field in the response MUST equal the URI in the To header field; additionally, the UAS MUST add a tag to the To header field in the response (with the exception of the 100 (Trying) response, in which a tag MAY be present). This serves to identify the UAS that is responding, possibly resulting in a component of a dialog ID. The same tag MUST be used for all responses to that request, both final and provisional (again excepting the 100 (Trying)). Procedures for the generation of tags are defined in Section 19.3.<br><br>The remote URI MUST be set to the URI in the From field, and the local URI MUST be set to the URI in the To field.<br><br>**RFC 3261, Sections 8.1.1.3, 8.2.6.2, 12.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | Alice "calls" Bob using his SIP identity, a type of Uniform Resource Identifier (URI) called a SIP URI. SIP URIs are defined in Section 19.1. It has a similar form to an email address, typically containing a username and a host name. In this case, it is sip:bob@biloxi.com, where biloxi.com is the domain of Bob's SIP service provider. Alice has a SIP URI of sip:alice@atlanta.com. Alice might have typed in Bob's URI or perhaps clicked on a hyperlink or an entry in an address book. SIP also provides a secure URI, called a SIPS URI. An example would be sips:bob@biloxi.com. A call made to a SIPS URI guarantees that secure, encrypted transport (namely TLS) is used to carry all SIP messages from the caller to the domain of the callee. From there, the request is sent securely to the callee, but with security mechanisms that depend on the policy of the domain of the callee.<br><br>Via contains the address (pc33.atlanta.com) at which Alice is expecting to receive responses to this request. It also contains a branch parameter that identifies this transaction.<br><br>To contains a display name (Bob) and a SIP or SIPS URI (sip:bob@biloxi.com) towards which the request was originally directed. Display names are described in RFC 2822 [3].<br><br>From also contains a display name (Alice) and a SIP or SIPS URI (sip:alice@atlanta.com) that indicate the originator of the request. This header field also has a tag parameter containing a random string (1928301774) that was added to the URI by the softphone. It is used for identification purposes.<br><br>Call-ID contains a globally unique identifier for this call, generated by the combination of a random string and the softphone's host name or IP address. The combination of the To tag, From tag, and Call-ID completely defines a peer-to-peer SIP relationship between Alice and Bob and is referred to as a dialog.<br><br>**RFC 3261, Section 4** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | Table A.7.3-9: SIP re-INVITE request (SCC AS to intermediate IM CN subsystem entities) (see listing below)<br>3GPP TS 24.237 V19.0.0, Sections 3.1, 10.3.1, Annex A.7.3 |

**Table A.7.3-9: SIP re-INVITE request (SCC AS to intermediate IM CN subsystem entities)**

```
INVITE < sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-ad76cc7fc74>SIP/2.0>
Via: SIP/2.0/UDP sccas.home1.net; branch=z9hG4bK332b33.3;
Max-Forwards: 70
Route: <scscf1.home1.net;lr>, <sip:scscf2.home2.net;lr>, <sip:pcscf2.visited2.net;lr>
P-Asserted-Identity: "John Doe" <sip:user1_public1@home1.net>, <tel:+1-212-555-1111>
Privacy: none
P-Charging-Vector: icid-value="AyretyU0dm+602IrT5tAFrbHLso=023551024"
P-Charging-Function-Addresses:
From: <sip:user1_public1@home1.net>; tag=171777
To: <tel:+1-212-555-2222>, tag=4321
Call-ID: dc14b1t10b3teghm1k5013333
Cseq: 111 INVITE
Supported: precondition, 100rel
Contact:<sip:user1_public1@home1.net; gr=urn:uuid:f81d4fae-7dec-11d0-a765-
   00a0c91e6bf6;ob>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel"
Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE
Accept: application/sdp
Content-Type: application/sdp
Content-Length: (…)

v=0
o=2987933100 2987933101 IN IP6 5555::aaa:bbb:ccc:eee
s=-
t=0 0
m=audio 3456 RTP/AVP 97 96
c=IN IP6 5555::aaa:bbb:ccc:eee
b=AS:25.4
a= curr:qos local sendrecv
a= curr:qos remote none
a= des:qos mandatory local sendrecv
a= des:qos none remote sendrecv
a= rtpmap:97 AMR
a= fmtp:97 mode-set=0,2,5,7; mode-change-period=2
a= rtpmap:96 telephone-event
a= maxptime:20
m=video 3400 RTP/AVP 98 99
c=IN IP6 5555::aaa:bbb:ccc:ddd
b=AS:75
a=curr:qos local sendrecv
a=curr:qos remote none
a=des:qos mandatory local sendrecv
a=des:qos none remote sendrecv
a=rtpmap:98 H263
a=fmtp:98 profile-level-id=0
a=rtpmap:99 MP4V-ES
```

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | **Table A.7.3-12: SIP 200 (OK) response (UE-2 to intermediate IM CN subsystem entities)** (see code block below) | **3GPP TS 24.237 V19.0.0, Sections 3.1, 10.3.1, Annex A.7.3** |

```
SIP/2.0 200 OK
Via: SIP/2.0/UDP pcscf2.visited2.net:5088;comp=sigcomp;branch=z9hG4bK361k21.1,
 SIP/2.0/UDP scscf2.home2.net;branch=z9hG4bK764z87.1,
 SIP/2.0/UDP scscf1.home1.net;branch=z9hG4bK332b23.1,
 SIP/2.0/UDP sccas.home1.net;branch=z9hG4bK332b33.3
Record-Route: <sip:pcscf2.visited2.net:5088;lr;comp=sigcomp>, <sip:scscf2.home2.net;lr>,
   <sip:scscf1.home1.net;lr>
P-Access-Network-Info: 3GPP-UTRAN-TDD; utran-cell-id-3gpp=234151D0FCE11
Privacy: none
From: <sip:user1_public1@home1.net>; tag=171777
To: <tel:+1-212-555-2222>;tag=4321
Call-ID: dc14b1t10b3teghm1k5013333
CSeq: 111 INVITE
Supported: precondition, 100rel
Contact: <sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-
   ad76cc7fc74>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel" >
Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE, REFER, MESSAGE
Content-Type: application/sdp
Content-Length: (…)

v=0
o=- 2987933623 2987933624 IN IP6 5555::eee:fff:aaa:bbb
s=-
c=IN IP6 5555::eee:fff:aaa:bbb
t=0 0
m=audio 6544 RTP/AVP 97 96
b=AS:25.4
a=curr:qos local sendrecv
a=curr:qos remote sendrecv
a=des:qos mandatory local sendrecv
a=des:qos mandatory remote sendrecv
a=rtpmap:97 AMR
a=fmtp:97 mode-set=0,2,5,7; mode-change-period=2
a=rtpmap:96 telephone-event
a=maxptime:20
m=video 10001 RTP/AVP 98 99
b=AS:75
a=curr:qos local sendrecv
a=curr:qos remote sendrecv
a=des:qos mandatory local sendrecv
a=des:qos mandatory remote sendrecv
a=rtpmap:98 H263
a=fmtp:98 profile-level-id=0
a=rtpmap:99 MP4V-ES
```

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | In another example, when the second unit is P-GW (together with service-side servers and cooperating ePDG and S-GW), Verizon causes second session layer (e.g., P-GW software implementing PDN-connection management, bearer/tunnel management, and packet classification and forwarding) to indicate a second identity (e.g., PAA indicated by P-GW and assigned to UE's PDN connection, etc.) corresponding to the first unit and first software components. The particular details are in Verizon's possession, custody, and control.<br><br>8) The PDN GW processes the proxy binding update and creates a binding cache entry for the UE. The PDN GW allocates IP address(es) for the UE. The PDN GW then sends a Proxy Binding Acknowledgement (MN NAI, Lifetime, *UE Address Info, GRE key for uplink traffic, charging ID, Additional Parameters*) message to the MAG function in Trusted Non-3GPP IP Access, including the IP address(es) allocated for the UE. The UE Address Info includes one or more IP addresses. The Lifetime indicates the duration of the binding. If the corresponding Proxy Binding Update contains the PDN connection identity, the PDN GW shall acknowledge if multiple PDN connections to the given APN are supported. The Charging ID is assigned for the PDN connection for charging correlation purposes. The Additional Parameters may include Protocol Configuration Options and other information.<br><br>6) The PDN GW processes the proxy binding update and creates a binding cache entry for the UE. The PDN GW allocates an IP address for the UE. The PDN GW then sends a Proxy Binding Ack (MN NAI, UE Address Info, GRE Key for uplink traffic, Charging ID) message to the ePDG, including the IP address(es) allocated for the UE (identified by the MN NAI). If the corresponding Proxy Binding Update contains the PDN connection identity, the PDN GW shall acknowledge if multiple PDN connections to the given APN are supported. The Charging ID is assigned for the PDN connection for charging correlation purposes.<br><br>**3GPP TS 23.402 V 19.0.0 Sections 6.2.1, 7.2.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[f]** causing said second session layer to indicate a second identity corresponding to said first unit and said first software components; | (see below) |

| | | | | |
|---|---|---|---|---|
| PDN Address Allocation (PAA) | C | This IE shall be included the S4/S11, S5/S8 and S2a/S2b interfaces for an E-UTRAN initial attach, a PDP Context Activation, a UE requested PDN connectivity, an Attach with GTP on S2b, a UE initiated Connectivity to Additional PDN with GTP on S2b, a Handover to Untrusted Non-3GPP IP Access with GTP on S2b and an Initial Attach in WLAN on GTP S2a. For PMIP-based S5/S8, this IE shall also be included on the S4/S11 interfaces for TAU/RAU/Handover cases involving SGW relocation.<br><br>The PDN type field in the PAA shall be set to IPv4, or IPv6 or IPv4v6 by MME, based on the UE request and the subscription record retrieved from the HSS (see subclause 8.12 and also NOTE 5).<br><br>The TWAN shall set the PDN type field in the PAA to IPv4, or IPv6 or IPv4v6 based on the IP versions the TWAN supports and the PDN type received in the user subscription data from the HSS/3GPP AAA Server. | PAA | 0 |

| Octets | Bits 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|
| 1 | Type = 79 (decimal) | | | | | | | |
| 2 to 3 | Length = n | | | | | | | |
| 4 | Spare | | | | Instance | | | |
| 5 | Spare | | | | | PDN Type | | |
| 6 to (n+4) | PDN Address and Prefix | | | | | | | |

**Figure 8.14-1: PDN Address Allocation (PAA)**

**3GPP TS 29.274 V 11.5.0 Sections 7.2.1, 8.14**

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | Verizon performs a method that includes causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets. For example, Verizon causes the first and second session layers to use a common session protocol to ensure that traffic is properly directed between uniquely corresponding sockets of software components. For example, when the second unit is a second user equipment / mobile phone, Verizon causes the first and second session layers to use IMS session-control procedures based on SIP and SDP to establish and maintain separate media-flow associations between UE1 and UE2. SDP associates each media component with its respective transport protocol, IP address, and port, thereby directing traffic for different media flows, such as audio and video, to the corresponding endpoint sockets rather than to sockets associated with other media flows. During IMS access transfer, the SCC AS correlates UE1's replacement access leg with the existing UE1-UE2 session and updates the remote leg using SDP that preserves the correspondence of the existing media components while providing updated IP-address and port information where necessary. Thus, even where UE1 changes access networks and one or more endpoint addresses or ports change, the corresponding media flows remain associated with their respective UE1 and UE2 transport endpoints. The particular details are in Verizon's possession, custody, and control.<br><br>The present document defines a call control protocol for use in the IP Multimedia (IM) Core Network (CN) subsystem based on the Session Initiation Protocol (SIP), and the associated Session Description Protocol (SDP).<br><br>**3GPP TS 24.229 V19.7.0, Section 1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | To initiate PS-PS access transfer for a session, the SC UE shall send a SIP INVITE request due to PS to PS STI over the Target Access Leg in accordance with UE procedures specified in 3GPP TS 24.229 [2]. The SC UE shall populate the SIP INVITE request as follows:<br>1. the Request-URI set to:<br>A) if the PS to PS STI URI is configured in the SC UE, the configured PS to PS STI URI; and<br>B) if the PS to PS STI URI is not configured in the SC UE, the URI contained in the Contact header field returned at the creation of the dialog over the Source Access Leg;<br>2. include in the Contact header field:<br>A. a public GRUU or temporary GRUU as specified in 3GPP TS 24.229 [2] if a GRUU was received at registration; and<br>B. the g.3gpp.ics media feature tag set to "principal" as specified in annex B of 3GPP TS 24.292 [4];<br>3. the Require header field with the option tag "tdialog" included;<br>4. the Target-Dialog header field populated as specified in IETF RFC 4538 [11], containing the dialog identifier of the session to be transferred;<br>5. the SDP payload set for the media component(s) to be transferred, in accordance with the UE SDP origination procedures specified in 3GPP TS 24.229 [2]. The SC UE shall create an SDP offer that contains the same number of media lines in the same order, where each media line corresponds to one of the media components in the original session, unless media components need to be added during the session transfer, and such that:<br>A) each media line indicates the same media type as its corresponding media component in the original session and contains at least one codec that was negotiated during the original session;<br>B) all or a subset of payload type numbers and their mapping to codecs and media parameters are not conflicting with those negotiated in the original session; and | **3GPP TS 24.237 V19.0.0, Section 10.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; |  Figure A.7.3-1: Signalling flow for PS-PS session transfer with partial media transfer<br>**3GPP TS 24.237 V19.0.0, Annex A.7.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | (see Table A.7.3-9 below) | **3GPP TS 24.237 V19.0.0, Annex A.7.3** |

**Table A.7.3-9: SIP re-INVITE request (SCC AS to intermediate IM CN subsystem entities)**

```
INVITE < sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-ad76cc7fc74> SIP/2.0>
Via: SIP/2.0/UDP sccas.home1.net; branch=z9hG4bK332b33.3;
Max-Forwards: 70
Route: <scscf1.home1.net;lr>, <sip:scscf2.home2.net;lr>, <sip:pcscf2.visited2.net;lr>
P-Asserted-Identity: "John Doe" <sip:user1_public1@home1.net>, <tel:+1-212-555-1111>
Privacy: none
P-Charging-Vector: icid-value="AyretyU0dm+6O2IrT5tAFrbHLso=023551024"
P-Charging-Function-Addresses:
From: <sip:user1_public1@home1.net>; tag=171777
To: <tel:+1-212-555-2222>, tag=4321
Call-ID: dcl4b1t10b3teghm1k5013333
Cseq: 111 INVITE
Supported: precondition, 100rel
Contact:<sip:user1_public1@home1.net; gr=urn:uuid:f81d4fae-7dec-11d0-a765-
   00a0c91e6bf6;ob>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel"
Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE
Accept: application/sdp
Content-Type: application/sdp
Content-Length: (…)

v=0
o=2987933100 2987933101 IN IP6 5555::aaa:bbb:ccc:eee
s=-
t=0 0
m=audio 3456 RTP/AVP 97 96
c=IN IP6 5555::aaa:bbb:ccc:eee
b=AS:25.4
a= curr:qos local sendrecv
a= curr:qos remote none
a= des:qos mandatory local sendrecv
a= des:qos none remote sendrecv
a= rtpmap:97 AMR
a= fmtp:97 mode-set=0,2,5,7; mode-change-period=2
a= rtpmap:96 telephone-event
a= maxptime:20
m=video 3400 RTP/AVP 98 99
c=IN IP6 5555::aaa:bbb:ccc:ddd
b=AS:75
a=curr:qos local sendrecv
a=curr:qos remote none
a=des:qos mandatory local sendrecv
a=des:qos none remote sendrecv
a=rtpmap:98 H263
a=fmtp:98 profile-level-id=0
a=rtpmap:99 MP4V-ES
```

# Claim Chart – Claim 1

## Claim Feature

**1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets;

## Evidence

**Table A.7.3-12: SIP 200 (OK) response (UE-2 to intermediate IM CN subsystem entities)**

```
SIP/2.0 200 OK
Via: SIP/2.0/UDP pcscf2.visited2.net:5088;comp=sigcomp;branch=z9hG4bK361k21.1,
 SIP/2.0/UDP scscf2.home2.net;branch=z9hG4bK764z87.1,
 SIP/2.0/UDP scscf1.home1.net;branch=z9hG4bK332b23.1,
 SIP/2.0/UDP sccas.home1.net;branch=z9hG4bK332b33.3
Record-Route: <sip:pcscf2.visited2.net:5088;lr;comp=sigcomp>, <sip:scscf2.home2.net;lr>,
   <sip:scscf1.home1.net;lr>
P-Access-Network-Info: 3GPP-UTRAN-TDD; utran-cell-id-3gpp=234151D0FCE11
Privacy: none
From: <sip:user1_public1@home1.net>; tag=171777
To: <tel:+1-212-555-2222>;tag=4321
Call-ID: dc14b1t10b3teghm1k5013333
CSeq: 111 INVITE
Supported: precondition, 100rel
Contact: <sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-
   ad76cc7fc74>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel" >
Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE, REFER, MESSAGE
Content-Type: application/sdp
Content-Length: (…)

v=0
o=- 2987933623 2987933624 IN IP6 5555::eee:fff:aaa:bbb
s=-
c=IN IP6 5555::eee:fff:aaa:bbb
t=0 0
m=audio 6544 RTP/AVP 97 96
b=AS:25.4
a=curr:qos local sendrecv
a=curr:qos remote sendrecv
a=des:qos mandatory local sendrecv
a=des:qos mandatory remote sendrecv
a=rtpmap:97 AMR
a=fmtp:97 mode-set=0,2,5,7; mode-change-period=2
a=rtpmap:96 telephone-event
a=maxptime:20
m=video 10001 RTP/AVP 98 99
b=AS:75
a=curr:qos local sendrecv
a=curr:qos remote sendrecv
a=des:qos mandatory local sendrecv
a=des:qos mandatory remote sendrecv
a=rtpmap:98 H263
a=fmtp:98 profile-level-id=0
a=rtpmap:99 MP4V-ES
```

**3GPP TS 24.237 V19.0.0, Annex A.7.3**

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | Since the SCC AS retains the information pertaining to the dialog on the Source Access Leg, as specified in subclause 10.3.4, upon receiving an initial SIP INVITE request due to PS to PS STI (i.e. on the Targer Access Leg) containing the Replaces header field, the SCC AS will be able to identify the dialog toward the the remote UE associated with the dialog on the Source Access Leg being replaced.<br><br>**10.3.2 PS to PS access transfer procedures at the SCC AS**<br><br>This subclause applies to reception of a SIP INVITE request due to STI with a PS media only.<br><br>When the SCC AS receives a SIP INVITE request due to STI on the Target Access Leg, the SCC AS shall:<br><br>- associate the SIP INVITE request on the Target Access Leg with a confirmed dialog or an early dialog on the Source Access Leg by matching the dialog identifier present in either the Replaces header field (see IETF RFC 3891 [10]) or the Target Dialog header field (see IETF RFC 4538 [11]) of the SIP INVITE request with a confirmed dialog or with an early dialog. By a previously established dialog, it is meant a dialog for which a SIP 2xx response to the initial SIP INVITE request has been sent or received. By an early dialog, it is meant an early dialog which has been created by a provisional response to the initial SIP INVITE request, but for which the SIP 2xx response has not yet been sent or received;<br><br>- if the SCC AS is unable to associate the SIP INVITE request with a confirmed dialog or an early dialog, send a SIP 480 (Temporarily Unavailable) response to reject the SIP INVITE request due to STI and not processes the remaining steps;<br><br>- if the SIP INVITE request contains a Replaces header field:<br><br>a) void; and<br><br>b) send a SIP re-INVITE request towards the remote UE using the confirmed dialog or send SIP UPDATE request(s) towards the remote UE(s) using the existing early dialog(s) which were created by the same SIP INVITE request as the Source Access Leg. The SCC AS shall populate the SIP re-INVITE request or the SIP UPDATE request(s) with a new SDP offer, including the media characteristics as received in the SIP INVITE request due to STI received on the Target Access Leg, by following the rules of 3GPP TS 24.229 [2]. If priority is supported: | **3GPP TS 24.237 V19.0.0, Sections 10.2.0, 10.3.2** |

# Claim Chart – Claim 1

3GPP TS 23.237 V19.0.0, Section 6.3.1.4

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | **6.3.1.4 Execution of Access Transfer procedures**<br><br>Upon detection of conditions requiring Access Transfer, the UE establishes a Target Access Leg with the SCC AS via the transferred-in Access Network to request Access Transfer to the transferred-in Access Network. When the UE initiates a Access Transfer request, it includes the STI and/or the STN.<br><br>The SCC AS executes the Access Transfer procedure by replacing the Source Access Leg currently communicating to the Remote Leg with the Target Access Leg. If no media flow is retained in the transferred-out access, the Source Access Leg is released as specified in clause 6.3.1.6. If the UE chooses to retain some media flow(s) in the transferred-out access, the Source Access Leg is updated to indicate which media flow(s) is retained in the transferred-out access. If such update is not done, the SCC AS releases the Source Access Leg as specified in clause 6.3.1.6 and updates the Remote Leg if necessary. When the switch of the Source Access Leg to the Target Access Leg is executed, the Remote Leg is also updated in order to forward the media flow(s) to the transferred-in Access Network.<br><br>**6.3.1.5 Remote Leg Update**<br><br>Upon receiving a request for execution of Access Transfer, the SCC AS performs the Remote Leg Update by switching the Access Leg communicating with the Remote Leg from Source Access Leg to Target Access Leg.<br><br>1-2. The SCC AS updates the Remote Leg by communicating the SDP of the Target Access Leg established to the remote end via the user's S-CSCF. Remote Leg Update happens according to SIP session modification procedures (see RFC 3261 [8]). The priority indication from the Target Access leg (i.e., from the access transfer request) does not change the existing priority setting toward the remote leg between the SCC AS and remote end.<br><br>**6.3.1.6 Source Access Leg Release**<br><br>When the session modification procedures are complete, the Source Access Leg Release is executed by initiating a session release. This is done for the Source Access Leg using the AS/UE session release procedures per TS 23.228 [4]. For non-emergency sessions, the UE and the SCC AS shall initiate the Session Release procedure when the switch to the Target Access Leg is complete. For emergency sessions, the UE and the EATF shall initiate the Session Release procedure when the switch to the Target Access Leg is complete. For (v)SRVCC, the source access leg release is only performed if the UE retains Gm after the PS-CS access transfer is completed; otherwise, the UE release the source access leg locally. | 3GPP TS 23.237 V19.0.0, Sections 6.3.1.4, 6.3.1.5, 6.3.1.6 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | In another example, when the second unit is P-GW (together with service-side servers and cooperating ePDG and S-GW), Verizon causes the first and second session layer to use coordinated 3GPP PDN-connectivity, bearer-management, and tunneling procedures, including applicable NAS session-management, IKEv2/IPsec, and GTP procedures, to maintain and transport distinct application traffic flows between UE1 and corresponding service-side endpoints. Those traffic flows are distinguished by source and destination IP addresses, transport protocol, and source and destination port numbers, and are mapped in the uplink and downlink directions to the appropriate bearer and tunnel paths. The P-GW maintains the PDN connection and UE1's PDN address while the access-side bearer and tunnel mappings change between non-3GPP/Wi-Fi access and LTE/E-UTRAN access. Thus, application traffic associated with different socket pairs continues to be directed to its corresponding endpoints even as the underlying access bearer, tunnel endpoints, and bearer identifiers change.. The particular details are in Verizon's possession, custody, and control. |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | See evidence below |




**3GPP TS 23.402 V19.0.0, Section 7.1**




7.1 Control and User Plane Protocol Stacks

7.1.1 Protocol Options for S2b

The following protocol may be supported on S2b:

- PMIPv6;
- GTP.

Figures 7.1.1-1 and 7.1.1-2 illustrate the control plane for Mobility Management (MM) and the user plane on S2b for the PMIPv6 and GTP variants of S2b respectively.

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | For E-UTRAN access to the EPC the PDN connectivity service is provided by an EPS bearer for GTP-based S5/S8, and by an EPS bearer concatenated with IP connectivity between Serving GW and PDN GW for PMIP-based S5/S8.<br><br>An EPS bearer uniquely identifies traffic flows that receive a common QoS treatment between a UE and a PDN GW for GTP-based S5/S8, and between UE and Serving GW for PMIP-based S5/S8. The packet filters signalled in the NAS procedures are associated with a unique packet filter identifier on per-PDN connection basis.<br><br>NOTE 1: The EPS Bearer Identity together with the packet filter identifier is used to reference which packet filter the UE intends to modify or delete, i.e. it is used to implement the unique packet filter identifier.<br><br>The EPS bearer traffic flow template (TFT) is the set of all packet filters associated with that EPS bearer.<br><br>An EPS bearer is the level of granularity for bearer level QoS control in the EPC/E-UTRAN. That is, all traffic mapped to the same EPS bearer receive the same bearer level packet forwarding treatment (e.g. scheduling policy, queue management policy, rate shaping policy, RLC configuration, etc.). Providing different bearer level packet forwarding treatment requires separate EPS bearers.<br><br>NOTE 2: In addition but independent to bearer level QoS control, the PCC framework allows an optional enforcement of service level QoS control on the granularity of SDFs independent of the mapping of SDFs to EPS bearers.<br><br>One EPS bearer is established when the UE connects to a PDN, and that remains established throughout the lifetime of the PDN connection to provide the UE with always-on IP connectivity to that PDN. That bearer is referred to as the default bearer. Any additional EPS bearer that is established for the same PDN connection is referred to as a dedicated bearer.<br><br>An UpLink Traffic Flow Template (UL TFT) is the set of uplink packet filters in a TFT. A DownLink Traffic Flow Template (DL TFT) is the set of downlink packet filters in a TFT. Every dedicated EPS bearer is associated with a TFT. A TFT may be also assigned to the default EPS bearer. The UE uses the UL TFT for mapping traffic to an EPS bearer in the uplink direction. The PCEF (for GTP-based S5/S8) or the BBERF (for PMIP-based S5/S8) uses the DL TFT for mapping traffic to an EPS bearer in the downlink direction. The UE may use the UL TFT and DL TFT to associate EPS Bearer Activation or Modification procedures to an application and to traffic flow aggregates of the application. Therefore the PDN GW shall, in the Create Dedicated Bearer Request and the Update Bearer Request messages, provide all available traffic flow description information (e.g. source and destination IP address and port numbers and the protocol information). | **3GPP TS 23.401 V11.6.0, Section 4.7.2.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | 4.7.2.2 The EPS bearer with GTP-based S5/S8  Figure 4.7.2.2-1: Two Unicast EPS bearers (GTP-based S5/S8)<br>An EPS bearer is realized by the following elements:<br>- In the UE, the UL TFT maps a traffic flow aggregate to an EPS bearer in the uplink direction;<br>- In the PDN GW, the DL TFT maps a traffic flow aggregate to an EPS bearer in the downlink direction;<br>- A radio bearer (defined in TS 36.300 [5]) transports the packets of an EPS bearer between a UE and an eNodeB. If a radio bearer exists, there is a one-to-one mapping between an EPS bearer and this radio bearer;<br>- An S1 bearer transports the packets of an EPS bearer between an eNodeB and a Serving GW;<br>- An E-RAB (E-UTRAN Radio Access Bearer) refers to the concatenation of an S1 bearer and the corresponding radio bearer, as defined in TS 36.300 [5].<br>- An S5/S8 bearer transports the packets of an EPS bearer between a Serving GW and a PDN GW;<br>- A UE stores a mapping between an uplink packet filter and a radio bearer to create the mapping between a traffic flow aggregate and a radio bearer in the uplink;<br>- A PDN GW stores a mapping between a downlink packet filter and an S5/S8 bearer to create the mapping between a traffic flow aggregate and an S5/S8 bearer in the downlink;<br>- An eNodeB stores a one-to-one mapping between a radio bearer and an S1 Bearer to create the mapping between a radio bearer and an S1 bearer in both the uplink and downlink;<br>- A Serving GW stores a one-to-one mapping between an S1 Bearer and an S5/S8 bearer to create the mapping between an S1 bearer and an S5/S8 bearer in both the uplink and downlink.<br>**3GPP TS 23.401 V11.6.0, Section 4.7.2.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | 4.10.5 PDN connectivity service with GTP based S2b<br><br>For untrusted non-3GPP access to the EPC the PDN connectivity service is provided by IPsec connectivity between the UE and the ePDG concatenated with S2b bearer(s) between the ePDG and the PGW.<br><br><br><br>Figure 4.10.5.1-1: Single IPSec SA per PDN connection<br><br>**3GPP TS 23.402 V19.0.0, Section 4.10.5** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
| --- | --- | --- |
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | The SWu interface between the UE and the ePDG is identical for the GTP and PMIP variants of S2b. The UE establishes a separate SWu instance (i.e. a separate IPSec tunnel) for each PDN connection.<br><br>One default S2b bearer is established on the S2b interface when the UE connects to a PDN, and that remains established throughout the lifetime of the PDN connection to provide the UE with always-on IP connectivity to that PDN. Additional dedicated S2b bearers may be established on S2b for the same PDN connection depending on operator policy. The PGW establishes dedicated S2b bearers on S2b for the same PDN connection based on PCC decisions as specified in TS 23.203 [19].<br><br>The ePDG releases the SWu instance when the default S2b bearer of the associated PDN connection is released.<br><br>The S2b bearer is realized by the following elements:<br>- A GTP tunnel on S2b transports the packets of an S2b bearer between the ePDG and a PDN GW;<br>- The ePDG stores the mapping between uplink packet filters it receives from the PGW (e.g. in the Create Bearer Request message) and the corresponding S2b bearer;<br>- The PDN GW stores the mapping between downlink packet filters and an S2b bearer.<br><br>In support for the UE connectivity with the PDN:<br>- A SWu instance (i.e. a IPSec tunnel) transports the packets of all S2b bearer(s) for the same PDN Connection between the UE and the ePDG.<br><br>The ePDG routes uplink packets to the different bearers based on the uplink packet filters in the TFTs assigned to the bearers in the PDN connection, in the same way as a UE does for uplink traffic under 3GPP access. If no match is found, the uplink data packet shall be sent via the bearer that does not have any uplink packet filter assigned. If all bearers (including the default bearer for that PDN) have been assigned an uplink packet filter, the ePDG shall discard the uplink data packet.<br><br>The PDN GW routes downlink packets to the different bearers based on the downlink packet filters in in the TFTs assigned to the S2b bearers in the PDN connection, in the same way as the PDN GW does on GTP-based S5/S8 bearers (see TS 23.401 [4] clause 4.7.2.2). | **3GPP TS 23.402 V19.0.0, Section 4.10.5** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | 4.1.3.2.3 IP Mobility Management Selection on Handover between accesses<br><br>On handover to non-3GPP accesses, the IPMS decision is performed as described in the following:<br><br>a. If the UE only indicates NBM support between the two access technologies involved in the handover and the network supports NBM between those two access technologies involved in the handover, then NBM is used for providing connectivity, and IP address preservation is provided with S2a or S2b procedures.<br><br>b. If the UE indicates DSMIPv6 support and the network supports and selects DSMIPv6, the trusted non-3GPP access network or ePDG provides a local IP address to the UE to be used as CoA for DSMIPv6, and IP address preservation is provided with S2c procedures.<br><br>c. If the UE indicates DSMIPv6 support only and the network does not support DSMIPv6, then NBM is used for providing basic connectivity to the existing PDN GW if NBM is supported by the trusted non-3GPP access network or ePDG. In this case, the decision for IP address preservation is made as per PMIPv6 specification, (RFC 5213 [8]) or according to clause 8.6 for GTP.<br><br>d. If the UE indicates support for both NBM and DSMIPv6, and the network based on policies selects NBM to establish the connectivity, then NBM is used to establish connectivity, and IP address preservation is provided with S2a or S2b procedures.<br><br>e. If the UE indicates support for both NBM and DSMIPv6, and the network based on policies selects DSMIPv6 to establish the connectivity, then the trusted non-3GPP access network or ePDG provides a local IP address to the UE to be used as CoA for DSMIPv6, and IP address preservation is provided with S2c procedures.<br><br>f. If the UE does not indicate any capabilities, then NBM is used for establishing connectivity if NBM is supported by the trusted non-3GPP access network or ePDG. In this case, the decision for IP address preservation is made as per PMIPv6 specification, (RFC 5213 [8]) or according to clause 8.6 for GTP.<br><br>NOTE 1: In case of bullet c and f, PMIPv6 specification allows two options:<br>a) Preserve the IP address based on a timer; If the connection through the old access system is not torn down before the timer expires then a new prefix is assigned, or<br>b) Immediately assign a new prefix.<br>This decision can be based on operator's policies.<br><br>NOTE 2: If prior to the handover, the UE was attached to a non-3GPP access with DSMIPv6, bullets a. and c. are considered not to apply.<br><br>NOTE 3: The PDN GW capability of supporting NBM or DSMIPv6 or MIPv4 should be considered in IP Mobility Mode Selection.<br><br>The UE indication of DSMIPv6 support may be implicit, e.g. having bootstrapped a security association via the old access network. The same applies to NBM, since the network can collect information about NBM support from other sources.<br><br>On handover to 3GPP access, the only decision that needs to be made is whether IP address preservation needs to be provided or not. | 3GPP TS 23.402 V19.0.0, Section 4.1.3.2.3 |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | 7) The Serving GW sends a Create Session Request (Handover Indication) message to the PDN-GW in the VPLMN or HPLMN as described in TS 23.401 [4]. Since the MME includes Handover Indication information in Create Session Request message, the Serving GW includes this information in Create Session Request message.<br><br>Since Handover Indication is included, the PDN GW should not switch the tunnel from non-3GPP IP access to 3GPP access system at this point.<br><br>9) The PDN GW responds with a Create Session Response message to the Serving GW as described in TS 23.401 [4].The Create Session Response contains the IP address or the prefix that was assigned to the UE while it was connected to the non-3GPP IP access. It also contains the Charging Id previously assigned to the PDN connection in the non-3GPP access although the Charging Id still applies to the non-3GPP access.<br><br>10) The Serving GW returns a Create Session Response message to the MME as specified in TS 23.401 [4]. This message also includes the IP address of the UE. This message also serves as an indication to the MME that the S5 bearer setup and update has been successful. At this step the PMIPv6 or GTP tunnel(s) over S5 are established. | **3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[g]** causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets; | A.1) The ePDG sends a Create Session Request (IMSI, APN, Handover Indication, RAT type, ePDG TEID of the control plane, ePDG Address for the user plane, ePDG TEID of the user plane, EPS Bearer Identity, User Location Information) message to the PDN GW. The RAT type indicates the non-3GPP IP access technology type. If the UE supports IP address preservation and included the address in step 3, the ePDG sets the 'Handover Indication' in the Creation Session Request to allow the PDN GW to re-allocate the same IP address or prefix that was assigned to the UE while it was connected to the 3GPP IP access and to initiate a PCEF-Initiated IP CAN Session Modification Procedure with the PCRF. For emergency sessions, the ePDG also includes the PDN GW address obtained in step 4.<br><br>The User Location Information shall include UE local IP address and optionally UDP or TCP source port number (if NAT is detected). It may also include WLAN Location Information (and its Age) the ePDG may have received from the 3GPP AAA server about the UE.<br><br>C.1) The PDN GW responds with a Create Session Response (PDN GW Address for the user plane, PDN GW TEID of the user plane, PDN GW TEID of the control plane, PDN Type, PDN Address, EPS Bearer Identity, EPS Bearer QoS, APN-AMBR, Charging ID, Cause) message to the ePDG. The Create Session Response contains the IP address and/or the prefix that was assigned to the UE while it was connected to the 3GPP IP access. The Charging Id provided by the PGW is the Charging Id previously assigned to the default bearer of the PDN connection in the 3GPP access.<br><br>Depending upon the active PCC rules, the PDN GW may create dedicated bearers on S2b interface. And in that case, it applies the Charging ID previously in use for the corresponding dedicated bearer(s) while the UE was connected to the 3GPP IP access (i.e. bearer with the same QCI and ARP as in 3GPP access). | **3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[h]** providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks; | Verizon performs a method that includes providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks. For example, Verizon provides drive routines to the first unit (e.g., user equipment (UE) / mobile phone, etc.), such as by providing phones containing routines for operation over different networks (e.g., routines adapted for cellular network configurations and Wi-Fi parameters, routines for IPsec tunneling over Wi-Fi, and routines available for handover between Wi-Fi and cellular networks). Verizon's configuration of such phones and systems (e.g., through carrier configurations, carrier apps, SIP signaling parameters, SIM-based identity configurations, Wi-Fi parameters, etc.) indicates that Verizon provides and adapts the relevant drive routines. The particular details are in Verizon's possession, custody, and control. | |
| | **Implement IMS**<br>Android 9 introduces a SystemApi interface called ImsService to help you implement IP Multimedia Subsystem (IMS). The ImsService API is a well-defined interface between the Android platform and a vendor or carrier-provided IMS implementation. | **Implement IMS** |
| | **APN and CarrierConfig**<br>Carriers can update their Access Point Name (APN) information and their carrier-specific configuration settings (CarrierConfig) in the Android Open Source Project (AOSP). | **APN and CarrierConfig** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[h]** providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks; | **Carrier configuration**<br><br>Android 6.0 and higher include a capability for privileged apps to provide carrier-specific configuration to the platform. This functionality, based on the UICC Carrier Privileges introduced in Android 5.1 (Lollipop MR1), allows carrier configuration to be moved away from the static configuration overlays and gives carriers and OEMs the ability to dynamically provide carrier configuration to the platform through a defined interface.<br><br>A properly signed carrier app can either be preloaded in the system image, installed automatically, or manually installed through an app store. The app is queried by the platform to provide configuration for settings including:<br>• Roaming/nonroaming networks<br>• Visual voicemail<br>• SMS/MMS network settings<br>• VoLTE/IMS configurations<br><br>**Note:** This app must be signed with the certificate that has a matching signature to one on the SIM. See How is privilege granted to a carrier app for details.<br><br>The determination of what values to return is entirely up to the carrier app and can be dynamic based on detailed information passed to the app through the platform.<br><br>**Carrier configuration** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[h]** providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks; | *Abstract*—The IP Multimedia Subsystem (IMS) is an IP based service control framework architecture. It uses Session Initiation Protocol (SIP) to control its multimedia sessions. The IMS core can be considered as a collection of different functions that are linked with standard interfaces, forming an IMS core network.<br>**2010 ICUMT**<br><br>Mobile Packet Core<br>Mobile Packet Core Engineer Guide<br>HOME CONTACT US COURSES<br>SIP in IMS network<br>SIP refers to "Session Initiation Protocol". It is a fundamental protocol in the IMS network, that is responsible for the establishment, modification, and termination of multimedia sessions, such as voice and video calls.<br>In addition, SIP is responsible for the registration of user endpoints with the IMS network. It handles the process of associating a user's public identity (e.g., phone number, SIP URI) with their current IP address or contact information.<br>Also SIP provides the mechanisms for locating and routing signalling messages to the appropriate IMS network elements, such as the P-CSCF and the S-CSCF.<br>**Mobile Packet Core Engineer Guide** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| 1[h] providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks; |  Figure 8.2.1.1-1: Handover from Trusted or Untrusted Non-3GPP IP Access to E-UTRAN with PMIPv6 on S2a or S2b and GTP on S5/S8 interfaces<br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | Verizon performs a method that includes, in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network. For example, when the second unit is a second user equipment / mobile phone (UE 2), Verizon causes the first session layer (e.g., UE side IMS/SIP and SDP functionality, etc.) to maintain communication between a first unit (e.g., user equipment (UE) / mobile phone, etc.) and a second unit (e.g., a second user equipment / mobile phone (UE 2)) by selecting necessary first communications hardware and drive routines for a third communications network (e.g., cellular network, network connected to public Internet, Wi-Fi, etc.). |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | 10.2.1 Full session transfer<br><br>This subclause specifies a full session transfer applicable to a SC UE that supports dual mode operation and multiple registration procedure.<br><br>To initiate PS-PS access transfer for a session, upon acquiring the resources for media on the Target Access Leg, the SC UE shall send a SIP INVITE request due to PS to PS STI on the Target Access Leg in accordance with UE procedures specified in 3GPP TS 24.229 [2]. The SC UE shall populate the SIP INVITE request as follows:<br><br>1) the Request-URI set to<br>A) if the PS to PS STI URI is configured in the SC UE, the configured PS to PS STI URI; and<br>B) if the PS to PS STI URI is not configured in the SC UE, the URI contained in the Contact header field returned at the creation of the dialog on the Source Access Leg;<br>2) include in the Contact header field:<br>A) a public GRUU or temporary GRUU as specified in 3GPP TS 24.229 [2] if a GRUU was received at registration; and<br>B) the g.3gpp.ics media feature tag set to "principal" as specified in annex B of 3GPP TS 24.292 [4];<br>3) select one of the following options:<br>A) if usage of SIP Replaces extension is selected:<br>a) the Replaces header field populated as specified in IETF RFC 3891 [10], containing the dialog identifier of the session to be transferred; and<br>b) the Require header field populated with the option tag value "replaces"; or<br>B) if usage of SIP Target-Dialog extension is selected: | **3GPP TS 24.237 V19.0.0, Section 10.2.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | Since the SCC AS retains the information pertaining to the dialog on the Source Access Leg, as specified in subclause 10.3.4, upon receiving an initial SIP INVITE request due to PS to PS STI (i.e. on the Targer Access Leg) containing the Replaces header field, the SCC AS will be able to identify the dialog toward the the remote UE associated with the dialog on the Source Access Leg being replaced.<br><br>**10.3.2 PS to PS access transfer procedures at the SCC AS**<br><br>This subclause applies to reception of a SIP INVITE request due to STI with a PS media only.<br><br>When the SCC AS receives a SIP INVITE request due to STI on the Target Access Leg, the SCC AS shall:<br><br>- associate the SIP INVITE request on the Target Access Leg with a confirmed dialog or an early dialog on the Source Access Leg by matching the dialog identifier present in either the Replaces header field (see IETF RFC 3891 [10]) or the Target Dialog header field (see IETF RFC 4538 [11]) of the SIP INVITE request with a confirmed dialog or with an early dialog. By a previously established dialog, it is meant a dialog for which a SIP 2xx response to the initial SIP INVITE request has been sent or received. By an early dialog, it is meant an early dialog which has been created by a provisional response to the initial SIP INVITE request, but for which the SIP 2xx response has not yet been sent or received;<br>- if the SCC AS is unable to associate the SIP INVITE request with a confirmed dialog or an early dialog, send a SIP 480 (Temporarily Unavailable) response to reject the SIP INVITE request due to STI and not processes the remaining steps;<br>- if the SIP INVITE request contains a Replaces header field:<br>a) void; and<br>b) send a SIP re-INVITE request towards the remote UE using the confirmed dialog or send SIP UPDATE request(s) towards the remote UE(s) using the existing early dialog(s) which were created by the same SIP INVITE request as the Source Access Leg. The SCC AS shall populate the SIP re-INVITE request or the SIP UPDATE request(s) with a new SDP offer, including the media characteristics as received in the SIP INVITE request due to STI received on the Target Access Leg, by following the rules of 3GPP TS 24.229 [2]. If priority is supported:<br><br>**3GPP TS 24.237 V19.0.0, Sections 10.2.0, 10.3.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | When SCC AS receives a SIP BYE request on an existing dialog on the Source Access Leg with the status code 480 (Temporarily Unavailable) in a Reason header field indicating that this dialog was released by the S-CSCF, the SCC AS shall delay the release of the dialog toward the the remote UE and retaining the information pertaining to the dialog on the Source Access Leg for a specific time interval. If the SCC AS:<br><br>a) receives within this time interval an initial INVITE request (i.e. on the Targer Access Leg) indicating that this dialog is replacing the dialog on the Source Access Leg, then the SCC AS shall not initiate the release of the dialog toward the the remote UE; or<br><br>NOTE 1: By retaining the information pertaining to the dialog on the Source Access Leg, and upon receiving an initial SIP INVITE request (i.e. on the Targer Access Leg), the SCC AS will be able to identify the dialog on the Source Access Leg and the associated dialog toward the the remote UE.<br><br>**3GPP TS 24.237 V19.0.0, Section 10.3.4** |

# Claim Chart – Claim 1

3GPP TS 23.237 V19.0.0, Section 6.3.1.4

| Claim Feature | Evidence |
| --- | --- |
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | 6.3.1.4 Execution of Access Transfer procedures<br><br>Upon detection of conditions requiring Access Transfer, the UE establishes a Target Access Leg with the SCC AS via the transferred-in Access Network to request Access Transfer to the transferred-in Access Network. When the UE initiates a Access Transfer request, it includes the STI and/or the STN.<br><br>The SCC AS executes the Access Transfer procedure by replacing the Source Access Leg currently communicating to the Remote Leg with the Target Access Leg. If no media flow is retained in the transferred-out access, the Source Access Leg is released as specified in clause 6.3.1.6. If the UE chooses to retain some media flow(s) in the transferred-out access, the Source Access Leg is updated to indicate which media flow(s) is retained in the transferred-out access. If such update is not done, the SCC AS releases the Source Access Leg as specified in clause 6.3.1.6 and updates the Remote Leg if necessary. When the switch of the Source Access Leg to the Target Access Leg is executed, the Remote Leg is also updated in order to forward the media flow(s) to the transferred-in Access Network.<br><br>6.3.1.5 Remote Leg Update<br><br>Upon receiving a request for execution of Access Transfer, the SCC AS performs the Remote Leg Update by switching the Access Leg communicating with the Remote Leg from Source Access Leg to Target Access Leg.<br><br>1-2. The SCC AS updates the Remote Leg by communicating the SDP of the Target Access Leg established to the remote end via the user's S-CSCF. Remote Leg Update happens according to SIP session modification procedures (see RFC 3261 [8]). The priority indication from the Target Access leg (i.e., from the access transfer request) does not change the existing priority setting toward the remote leg between the SCC AS and remote end.<br><br>6.3.1.6 Source Access Leg Release<br><br>When the session modification procedures are complete, the Source Access Leg Release is executed by initiating a session release. This is done for the Source Access Leg using the AS/UE session release procedures per TS 23.228 [4]. For non-emergency sessions, the UE and the SCC AS shall initiate the Session Release procedure when the switch to the Target Access Leg is complete. For emergency sessions, the UE and the EATF shall initiate the Session Release procedure when the switch to the Target Access Leg is complete. For (v)SRVCC, the source access leg release is only performed if the UE retains Gm after the PS-CS access transfer is completed; otherwise, the UE release the source access leg locally.<br><br>3GPP TS 23.237 V19.0.0, Sections 6.3.1.4, 6.3.1.5, 6.3.1.6 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | In another example, when the second unit is P-GW (together with service-side servers and cooperating ePDG and S-GW), Verizon causes the first session layer (e.g., UE side IMS/SIP and SDP functionality, etc.) to maintain communication between a first unit (e.g., user equipment (UE) / mobile phone, etc.) and a second unit (e.g., P-GW (together with service-side servers and cooperating ePDG and S-GW)) by selecting necessary first communications hardware and drive routines for a third communications network (e.g., cellular network, network connected to public Internet, Wi-Fi, etc.). The particular details are in Verizon's possession, custody, and control.<br><br>8.2.1 Handover from Trusted or Untrusted Non-3GPP IP Access with PMIPv6 on S2a/S2b to 3GPP Access<br><br>8.2.1.1 General Procedure for GTP based S5/S8 for E-UTRAN Access<br><br>The steps involved in the handover from a trusted or untrusted non-3GPP IP access to E-UTRAN connected to EPC are depicted below for both the non-roaming and roaming cases and when PMIPv6 is used on S2a or S2b. It is assumed that while the UE is served by the trusted or untrusted non-3GPP IP access, a PMIPv6 tunnel is established between the non-3GPP access network and the PDN GW in the EPC.<br><br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| 1[i] in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and |  Figure 8.2.1.1-1: Handover from Trusted or Untrusted Non-3GPP IP Access to E-UTRAN with PMIPv6 on S2a or S2b and GTP on S5/S8 interfaces<br>3GPP TS 23.402 V19.0.0, Section 8.2.1.1 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | The steps involved in the handover are discussed below.<br>1) The UE uses a trusted or untrusted non-3GPP access system and is being served by PDN GW (as PMIPv6 LMA).<br>2) The UE discovers the E-UTRAN access and determines to transfer its current sessions (i.e. handover) from the currently used non-3GPP access system to E-UTRAN. The mechanisms that aid the UE to discover the 3GPP Access system, are specified in clause 4.8 (Network Discovery and Selection).<br>3) The UE sends an Attach Request to the MME with Request Type indicating "Handover" Attach. The message from the UE is routed by E-UTRAN to the MME as specified in TS 23.401 [4] (E-UTRAN). The UE should include any one of the APNs, corresponding to the PDN connections in the source non-3GPP access. The APN is provided as specified in TS 23.401 [4].<br>4) The MME may contact the HSS and authenticate the UE as described in TS 23.401 [4].<br>5) After successful authentication, the MME may perform location update procedure and subscriber data retrieval from the HSS as specified in TS 23.401 [4]. Since theRequest Type is "Handover", the PDN GW identity conveyed to the MME will be stored in PDN subscription context. The MME receives information on the PDNs the UE is connected to over the non-3GPP access in the Subscriber Data obtained from the HSS.<br>6) The MME selects an APN, a serving GW and PDN GW as described in TS 23.401 [4]. The MME sends a Create Session Request (including IMSI, MME Context ID (SGSN equivalent is TBD), PDN-GW address, Handover Indication, APN) message to the selected Serving GW. Since the Request Type is "Handover", a Handover Indication information is included.<br>7) The Serving GW sends a Create Session Request (Handover Indication) message to the PDN-GW in the VPLMN or HPLMN as described in TS 23.401 [4]. Since the MME includes Handover Indication information in Create Session Request message, the Serving GW includes this information in Create Session Request message.<br>Since Handover Indication is included, the PDN GW should not switch the tunnel from non-3GPP IP access to 3GPP access system at this point.<br>8) Since Handover Indication is included, the PDN GW may execute a PCEF-Initiated IP CAN Session Modification Procedure with the PCRF as specified in TS 23.203 [19] to report e.g. change in IP-CAN type. If the UE had disconnected from the default PDN before handover then the PDN GW executes a PCEF initiated IP CAN Session Establishment procedures as described in TS 23.203 [19].<br>Since Handover Indication is included in step 7, the PDN GW defers any modification to the PCC Rules (due to changes received from the PCRF, if there is PCRF interaction) and still applies the existing PCC Rules for charging and policy until step 13.<br><br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | Depending on the active PCC rules, the establishment of dedicated bearers for the UE may be required. The establishment of dedicated bearers in combination with the default takes place as described in Annex F of TS 23.401 [4].<br><br>NOTE 3: Depending upon the support of the piggybacking feature in the network, the dedicated bearer can be created as part of default bearer establishment or immediately afterwards.<br><br>NOTE 4: PDN GW address and Serving GW address selection is as described in the clause "GW selection" in TS 23.401 [4].<br><br>9) The PDN GW responds with a Create Session Response message to the Serving GW as described in TS 23.401 [4].The Create Session Response contains the IP address or the prefix that was assigned to the UE while it was connected to the non-3GPP IP access. It also contains the Charging Id previously assigned to the PDN connection in the non-3GPP access although the Charging Id still applies to the non-3GPP access.<br><br>10) The Serving GW returns a Create Session Response message to the MME as specified in TS 23.401 [4]. This message also includes the IP address of the UE. This message also serves as an indication to the MME that the S5 bearer setup and update has been successful. At this step the PMIPv6 or GTP tunnel(s) over S5 are established.<br><br>11) Radio and Access bearers are established at this step in the 3GPP access as specified in TS 23.401 [4].<br><br>12) The MME sends a Modify Bearer Request (eNodeB address, eNodeB TEID, Handover Indication) message to the Serving GW.<br><br>13) Since the Handover Indication is included in step 12), the Serving GW sends a Modify Bearer Request message to the PDN GW to prompt the PDN GW to tunnel packets from non 3GPP IP access to 3GPP access system and immediately start routing packets to the Serving GW for the default and any dedicated EPS bearers established.<br><br>In this step, the PDN GW applies any modification to the PCC Rules received from the PCRF, if there is PCRF interaction in step 8. The Charging Id previously in use for the PDN connection in the non-3GPP access now only applies to the default bearer in use in E-UTRAN access. If dedicated bearers are created, a new Charging Id is assigned by the PGW for each of them according to TS 23.401 [4].<br><br>NOTE 5: Steps 13 and 14 are not performed if the PDNs are reconnected after handoff by the UE in step 17.<br><br>14) The PDN GW acknowledges by sending Modify Bearer Response to the Serving GW.<br><br>15) The Serving GW acknowledges by sending Modify Bearer Response (EPS Bearer Identity) message to the MME.<br><br>16) The UE sends and receives data at this point via the E-UTRAN system.<br><br>17) For connectivity to multiple PDNs, the UE establishes connectivity to each PDN that is being transferred from non-3GPP access, besides the PDN connection established in steps 3-15, by executing the UE requested PDN connectivity procedure specified in TS 23.401 [4].<br><br>18) The PDN GW shall initiate resource allocation deactivation procedure in the trusted/untrusted non-3GPP IP access as defined in clause 6.12 or clause 7.9. | **3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

Case 2:26-cv-00930-RWS Document 1-3 Filed 10/15/26 Page 88 of 99 PageID #: 132

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | 8.6.2 Handover from 3GPP access to untrusted Non-3GPP IP Access with GTP on S2b<br><br>8.6.2.1 3GPP Access to Untrusted Non-3GPP IP Access Handover with GTP on S2b<br><br>This clause shows a call flow for a handover when a UE moves from a 3GPP Access to an untrusted non-3GPP access network. GTP is assumed to be used on the S5/S8 interface and GTP is used on the S2b interface.<br><br><br><br>Figure 8.6.2.1-1: Handover from 3GPP Access to Untrusted Non-3GPP IP Access with GTP on S2b<br><br>3GPP TS 23.402 V19.0.0, Section 8.6.2.1 |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | **8.2.3 3GPP Access to Untrusted Non-3GPP IP Access Handover with PMIPv6 on S2b**<br>This clause shows a call flow for a handover when a UE moves from a 3GPP Access to an untrusted non-3GPP access network. PMIPv6/GTP is assumed to be used on the S5/S8 interface and PMIPv6 is used on the S2b interface.<br><br>Figure 8.2.3-1: Handover from 3GPP Access to Untrusted Non-3GPP IP Access with PMIPv6 on S2b<br>**3GPP TS 23.402 V19.0.0, Section 8.2.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | The optional interaction steps between the gateways and the PCRF in the procedures only occur if dynamic policy provisioning is deployed. Otherwise policy may be statically configured in the gateway.<br>1) The UE is initially attached to the 3GPP Access network.<br>2) The UE moves and attaches to an untrusted non-3GPP IP access network.<br>3) Access authentication procedure between UE and the 3GPP EPC may be performed as defined by TS 33.402 [45].<br>4) The IKEv2 tunnel establishment procedure is started by the UE. The ePDG IP address to which the UE needs to form IPsec tunnel with is discovered as specified in clause 4.5.4. After the UE is authenticated, UE is also authorized for access to the APN. The procedure is as described in TS 33.402 [45]. As part of access authentication the PDN GW identity is sent to the ePDG by the 3GPP AAA server. If the UE supports IP address preservation during handover from 3GPP Access to the untrusted non-3GPP IP access, the UE shall include its address (IPv4 address or IPv6 prefix /address or both) allocated when it's attached to 3GPP Access into the CFG_Request sent to the ePDG during IKEv2 message exchange.<br>When the 3GPP AAA server has WLAN Location Information about the UE, it provides it over SWm to the ePDG together with the Age of this information. The WLAN Location information is provided to the ePDG when the 3GPP AAA server considers that location information coming from the WLAN AN used by the UE is trustable.<br>5) The ePDG sends the Proxy Binding Update (MN-NAI, Lifetime, Access Technology Type, Handover Indicator, GRE key for downlink traffic, UE Address Info, Additional Parameter) message to the PDN GW. Access Technology Type is set to a value matching the characteristics of the non-3GPP access. The UE Address Info shall be set according to the CFG_Request in step 3. The ePDG shall not change the requested address(es) in the CFG_Request sent by the UE, and encode such address(es) in PBU and send to the PDN GW. If the UE included the address in step 3, the ePDG sets the handover indicator to indicate Handoff between two different interfaces of the UE. The APN is used by the PDN GW to determine which PDN to establish connectivity for, in the case that the PDN GW supports multiple PDN connectivity. The ePDG creates and includes a PDN connection identity if the ePDG supports multiple PDN connections to a single APN.<br>NOTE 2: When multiple PDN connections to a single APN are supported, the MN-ID, the APN and the PDN connection identity indentify the PDN connection within the Untrusted Non-3GPP access network.<br>6A) If PCC is supported, the PDN GW requires configuration for enforcing policy, the PDN GW executes a PCEF-Initiated IP CAN Session Modification Procedure with the PCRF as specified in TS 23.203 [19].<br>6B) The PDN GW informs the 3GPP AAA Server of its PDN GW identity and the APN corresponding to the UE's PDN Connection and obtains authorization information from the 3GPP AAA Server. The message includes information that identifies the PLMN in which the PDN GW is located. The 3GPP AAA Server may update the information registered in the HSS as described in clause 12.<br>7) The PDN GW processes the Proxy Binding Update message from the ePDG, updates the binding cache entry for the UE and responds with a Proxy Binding Acknowledgement (MN_NAI, Lifetime, GRE key for uplink traffic, UE Address Info, Charging ID, Additional Parameters) message. In the Proxy Binding Ack, the PDN GW replies with the same IP address and/or prefix that was assigned to the UE earlier. If the corresponding Proxy Binding Update contains a PDN connection identity, the PDN GW shall acknowledge if the PDN GW supports multiple PDN connections to a single APN. At this point a PMIPv6 tunnel exists between PDN GW and ePDG. Since this step is triggered by the Proxy Binding Update message from the ePDG in step 4, it can occur after step 4 and does not need to wait for step 5. The Charging Id provided is the Charging Id previously assigned to the PDN connection if the source access is a PMIP-based access or to the Default Bearer if the source access is GTP-based.<br><br>**3GPP TS 23.402 V19.0.0, Section 8.2.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | NOTE 3: The ePDG learns from the PBA whether the PDN GW supports multiple PDN connection to the same APN or not.<br><br>NOTE 4: When the PDN GW receives the Proxy Binding Update and the the PS bearers corresponding to the PDN connection being handed over are suspended, then the PDN GW considers the bearers of the PDN connection being handed over as resumed and performs the handover.<br><br>8) The ePDG and the UE continue the IKEv2 exchange and IP address configuration.<br><br>9) At the end of the handover procedure there is a default bearer for the UE that consists of an IPsec tunnel between the UE and the ePDG and a PMIPv6 tunnel between the ePDG and the PDN GW.<br><br>10) For connectivity to multiple PDNs, the UE establishes connectivity to each PDN that is being transferred from 3GPP access, besides the PDN connection that was established in the steps 3-8, by executing the UE-initiated Connectivity to Additional PDN procedure specified in clause 7.6.1.<br><br>11) The PDN GW shall initiate the PDN GW Initiated PDN Disconnection procedure in 3GPP access as defined in clause 5.6.2.2 or the PDN GW Initiated Bearer Deactivation procedure as defined in TS 23.401 [4], clause 5.4.4.1. | **3GPP TS 23.402 V19.0.0, Section 8.2.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[i]** in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and | The optional interaction steps between the PDN gateway and the PCRF in the procedures only occur if dynamic policy provisioning is deployed. Otherwise policy may be statically configured in the PDN gateway.<br><br>A.1) The ePDG sends a Create Session Request (IMSI, APN, Handover Indication, RAT type, ePDG TEID of the control plane, ePDG Address for the user plane, ePDG TEID of the user plane, EPS Bearer Identity, User Location Information) message to the PDN GW. The RAT type indicates the non-3GPP IP access technology type. If the UE supports IP address preservation and included the address in step 3, the ePDG sets the 'Handover Indication' in the Creation Session Request to allow the PDN GW to re-allocate the same IP address or prefix that was assigned to the UE while it was connected to the 3GPP IP access and to initiate a PCEF-Initiated IP CAN Session Modification Procedure with the PCRF. For emergency sessions, the ePDG also includes the PDN GW address obtained in step 4.<br><br>The User Location Information shall include UE local IP address and optionally UDP or TCP source port number (if NAT is detected). It may also include WLAN Location Information (and its Age) the ePDG may have received from the 3GPP AAA server about the UE.<br><br>NOTE 1: The UE local IP address is the source address on the outer header of the IPsec tunnel to the ePDG.<br><br>NOTE 2: In a non-3GPP to 3GPP access handover, the 'Handover Indication' leads the PDN GW to delay switching the DL user plane traffic from non-3GPP to 3GPP until a subsequent Modify Bearer Request is received. In a 3GPP to non-3GPP handover scenario with GTP based S2b, the 'Handover Indication' should not delay the switching of DL user plane traffic from 3GPP to non-3GPP access.<br><br>NOTE 3: When the PDN GW receives the Create Session Request and the the PS bearers corresponding to the PDN connection being handed over are suspended, then the PDN GW considers the bearers of the PDN connection being handed over as resumed and performs the handover. | **3GPP TS 23.402 V19.0.0, Section 8.6.2.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. | Verizon performs a method that includes causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. For example, when the second unit is a second user equipment / mobile device (UE 2), Verizon causes the session layer (e.g., UE 2 side IMS/SIP and SDP functionality, etc.) to retain the identity corresponding to the first unit and the first software components (e.g., UE's IMPU / SIP URI, etc.) when the first unit switches networks, such as to enable a phone call to persist when the first unit switches between networks. The particular details are in Verizon's possession, custody, and control.<br><br>**8.2.6.2 Headers and Tags**<br><br>The From field of the response MUST equal the From header field of the request. The Call-ID header field of the response MUST equal the Call-ID header field of the request. The CSeq header field of the response MUST equal the CSeq field of the request. The Via header field values in the response MUST equal the Via header field values in the request and MUST maintain the same ordering.<br><br>If a request contained a To tag in the request, the To header field in the response MUST equal that of the request. However, if the To header field in the request did not contain a tag, the URI in the To header field in the response MUST equal the URI in the To header field; additionally, the UAS MUST add a tag to the To header field in the response (with the exception of the 100 (Trying) response, in which a tag MAY be present). This serves to identify the UAS that is responding, possibly resulting in a component of a dialog ID. The same tag MUST be used for all responses to that request, both final and provisional (again excepting the 100 (Trying)). Procedures for the generation of tags are defined in Section 19.3.<br><br>The remote URI MUST be set to the URI in the From field, and the local URI MUST be set to the URI in the To field.<br><br>**RFC 3261, Sections 8.1.1.3, 8.2.6.2, 12.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. | Since the SCC AS retains the information pertaining to the dialog on the Source Access Leg, as specified in subclause 10.3.4, upon receiving an initial SIP INVITE request due to PS to PS STI (i.e. on the Targer Access Leg) containing the Replaces header field, the SCC AS will be able to identify the dialog toward the the remote UE associated with the dialog on the Source Access Leg being replaced.<br><br>**10.3.2 PS to PS access transfer procedures at the SCC AS**<br><br>This subclause applies to reception of a SIP INVITE request due to STI with a PS media only.<br><br>When the SCC AS receives a SIP INVITE request due to STI on the Target Access Leg, the SCC AS shall:<br><br>- associate the SIP INVITE request on the Target Access Leg with a confirmed dialog or an early dialog on the Source Access Leg by matching the dialog identifier present in either the Replaces header field (see IETF RFC 3891 [10]) or the Target Dialog header field (see IETF RFC 4538 [11]) of the SIP INVITE request with a confirmed dialog or with an early dialog. By a previously established dialog, it is meant a dialog for which a SIP 2xx response to the initial SIP INVITE request has been sent or received. By an early dialog, it is meant an early dialog which has been created by a provisional response to the initial SIP INVITE request, but for which the SIP 2xx response has not yet been sent or received;<br>- if the SCC AS is unable to associate the SIP INVITE request with a confirmed dialog or an early dialog, send a SIP 480 (Temporarily Unavailable) response to reject the SIP INVITE request due to STI and not processes the remaining steps;<br>- if the SIP INVITE request contains a Replaces header field:<br>a) void; and<br>b) send a SIP re-INVITE request towards the remote UE using the confirmed dialog or send SIP UPDATE request(s) towards the remote UE(s) using the existing early dialog(s) which were created by the same SIP INVITE request as the Source Access Leg. The SCC AS shall populate the SIP re-INVITE request or the SIP UPDATE request(s) with a new SDP offer, including the media characteristics as received in the SIP INVITE request due to STI received on the Target Access Leg, by following the rules of 3GPP TS 24.229 [2]. If priority is supported:<br><br>**3GPP TS 24.237 V19.0.0, Sections 10.2.0, 10.3.2** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
| --- | --- |
| **1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. | See below |

**Table A.7.3-9: SIP re-INVITE request (SCC AS to intermediate IM CN subsystem entities)**

```
INVITE < sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-ad76cc7fc74>SIP/2.0>
Via: SIP/2.0/UDP sccas.home1.net; branch=z9hG4bK332b33.3;
Max-Forwards: 70
Route: <scscf1.home1.net;lr>, <sip:scscf2.home2.net;lr>, <sip:pcscf2.visited2.net;lr>
P-Asserted-Identity: "John Doe" <sip:user1_public1@home1.net>, <tel:+1-212-555-1111>
Privacy: none
P-Charging-Vector: icid-value="AyretyU0dm+602IrT5tAFrbHLso=023551024"
P-Charging-Function-Addresses:
From: <sip:user1_public1@home1.net>; tag=171777
To: <tel:+1-212-555-2222>, tag=4321
Call-ID: dc14b1t10b3teghm1k5013333
Cseq: 111 INVITE
Supported: precondition, 100rel
Contact:<sip:user1_public1@home1.net; gr=urn:uuid:f81d4fae-7dec-11d0-a765-
   00a0c91e6bf6;ob>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel"
Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE
Accept: application/sdp
Content-Type: application/sdp
Content-Length: (…)

v=0
o=2987933100 2987933101 IN IP6 5555::aaa:bbb:ccc:eee
s=-
t=0 0
m=audio 3456 RTP/AVP 97 96
c=IN IP6 5555::aaa:bbb:ccc:eee
b=AS:25.4
a= curr:qos local sendrecv
a= curr:qos remote none
a= des:qos mandatory local sendrecv
a= des:qos none remote sendrecv
a= rtpmap:97 AMR
a= fmtp:97 mode-set=0,2,5,7; mode-change-period=2
a= rtpmap:96 telephone-event
a= maxptime:20
m=video 3400 RTP/AVP 98 99
c=IN IP6 5555::aaa:bbb:ccc:ddd
b=AS:75
a=curr:qos local sendrecv
a=curr:qos remote none
a=des:qos mandatory local sendrecv
a=des:qos none remote sendrecv
a=rtpmap:98 H263
a=fmtp:98 profile-level-id=0
a=rtpmap:99 MP4V-ES
```

**3GPP TS 24.237 V19.0.0, Sections 3.1, 10.3.1, Annex A.7.3**

# Claim Chart – Claim 1

| Claim Feature | Evidence | |
|---|---|---|
| **1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. | **Table A.7.3-12:** SIP **200 (OK) response (UE-2 to intermediate IM CN subsystem entities)**<br>```SIP/2.0 200 OK<br>Via: SIP/2.0/UDP pcscf2.visited2.net:5088;comp=sigcomp;branch=z9hG4bK361k21.1,<br> SIP/2.0/UDP scscf2.home2.net;branch=z9hG4bK764z87.1,<br> SIP/2.0/UDP scscf1.home1.net;branch=z9hG4bK332b23.1,<br> SIP/2.0/UDP sccas.home1.net;branch=z9hG4bK332b33.3<br>Record-Route: <sip:pcscf2.visited2.net:5088;lr;comp=sigcomp>, <sip:scscf2.home2.net;lr>,<br>   <sip:scscf1.home1.net;lr><br>P-Access-Network-Info: 3GPP-UTRAN-TDD; utran-cell-id-3gpp=234151D0FCE11<br>Privacy: none<br>From: <sip:user1_public1@home1.net>; tag=171777<br>To: <tel:+1-212-555-2222>;tag=4321<br>Call-ID: dc14b1t10b3teghm1k5013333<br>CSeq: 111 INVITE<br>Supported: precondition, 100rel<br>Contact: <sip:user2_public1@home2.net;gr=urn:uuid:2ad8950e-48a5-4a74-8d99-<br>   ad76cc7fc74>;+g.3gpp.icsi-ref="urn%3Aurn-7%3A3gpp-service.ims.icsi.mmtel" ><br>Allow: INVITE, ACK, CANCEL, BYE, PRACK, UPDATE, REFER, MESSAGE<br>Content-Type: application/sdp<br>Content-Length: (…)<br><br>v=0<br>o=- 2987933623 2987933624 IN IP6 5555::eee:fff:aaa:bbb<br>s=-<br>c=IN IP6 5555::eee:fff:aaa:bbb<br>t=0 0<br>m=audio 6544 RTP/AVP 97 96<br>b=AS:25.4<br>a=curr:qos local sendrecv<br>a=curr:qos remote sendrecv<br>a=des:qos mandatory local sendrecv<br>a=des:qos mandatory remote sendrecv<br>a=rtpmap:97 AMR<br>a=fmtp:97 mode-set=0,2,5,7; mode-change-period=2<br>a=rtpmap:96 telephone-event<br>a=maxptime:20<br>m=video 10001 RTP/AVP 98 99<br>b=AS:75<br>a=curr:qos local sendrecv<br>a=curr:qos remote sendrecv<br>a=des:qos mandatory local sendrecv<br>a=des:qos mandatory remote sendrecv<br>a=rtpmap:98 H263<br>a=fmtp:98 profile-level-id=0<br>a=rtpmap:99 MP4V-ES``` | **3GPP TS 24.237 V19.0.0, Sections 3.1, 10.3.1, Annex A.7.3** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. | In another example, when the second unit is P-GW (together with service-side servers and cooperating ePDG and S-GW), Verizon causes the session layer (e.g., IMS/session-control functionality on Verizon's IMS service platform) to retain the identity corresponding to the first unit and the first software components (e.g., PAA indicated by P-GW and assigned to UE's PDN connection, etc.) when the first unit switches networks, such as to enable a phone call to persist when the first unit switches between networks. The particular details are in Verizon's possession, custody, and control.<br><br>7) The Serving GW sends a Create Session Request (Handover Indication) message to the PDN-GW in the VPLMN or HPLMN as described in TS 23.401 [4]. Since the MME includes Handover Indication information in Create Session Request message, the Serving GW includes this information in Create Session Request message.<br><br>Since Handover Indication is included, the PDN GW should not switch the tunnel from non-3GPP IP access to 3GPP access system at this point.<br><br>9) The PDN GW responds with a Create Session Response message to the Serving GW as described in TS 23.401 [4].The Create Session Response contains the IP address or the prefix that was assigned to the UE while it was connected to the non-3GPP IP access. It also contains the Charging Id previously assigned to the PDN connection in the non-3GPP access although the Charging Id still applies to the non-3GPP access.<br><br>10) The Serving GW returns a Create Session Response message to the MME as specified in TS 23.401 [4]. This message also includes the IP address of the UE. This message also serves as an indication to the MME that the S5 bearer setup and update has been successful. At this step the PMIPv6 or GTP tunnel(s) over S5 are established.<br><br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[j]** causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network. | A.1) The ePDG sends a Create Session Request (IMSI, APN, Handover Indication, RAT type, ePDG TEID of the control plane, ePDG Address for the user plane, ePDG TEID of the user plane, EPS Bearer Identity, User Location Information) message to the PDN GW. The RAT type indicates the non-3GPP IP access technology type. If the UE supports IP address preservation and included the address in step 3, the ePDG sets the 'Handover Indication' in the Creation Session Request to allow the PDN GW to re-allocate the same IP address or prefix that was assigned to the UE while it was connected to the 3GPP IP access and to initiate a PCEF-Initiated IP CAN Session Modification Procedure with the PCRF. For emergency sessions, the ePDG also includes the PDN GW address obtained in step 4.<br><br>The User Location Information shall include UE local IP address and optionally UDP or TCP source port number (if NAT is detected). It may also include WLAN Location Information (and its Age) the ePDG may have received from the 3GPP AAA server about the UE.<br><br>C.1) The PDN GW responds with a Create Session Response (PDN GW Address for the user plane, PDN GW TEID of the user plane, PDN GW TEID of the control plane, PDN Type, PDN Address, EPS Bearer Identity, EPS Bearer QoS, APN-AMBR, Charging ID, Cause) message to the ePDG. The Create Session Response contains the IP address and/or the prefix that was assigned to the UE while it was connected to the 3GPP IP access. The Charging Id provided by the PGW is the Charging Id previously assigned to the default bearer of the PDN connection in the 3GPP access.<br><br>Depending upon the active PCC rules, the PDN GW may create dedicated bearers on S2b interface. And in that case, it applies the Charging ID previously in use for the corresponding dedicated bearer(s) while the UE was connected to the 3GPP IP access (i.e. bearer with the same QCI and ARP as in 3GPP access).<br><br>**3GPP TS 23.402 V19.0.0, Section 8.2.1.1** |

# END

nelson bumgardner conroy