AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

Sectra Communications AB

*Plaintiff(s)*

v.

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, MCI COMMUNICATIONS SERVICES LLC D/B/A VERIZON BUSINESS SERVICES, AND VERIZON COMMUNICATIONS, INC.

*Defendant(s)*

Civil Action No. 2:26-cv-00930

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cellco Partnership d/b/a Verizon Wireless
c/o The Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward R. Nelson III
Nelson Bumgardner Conroy PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **10/15/2026**

UNITED STATES DISTRICT COURT • EASTERN DISTRICT OF TEXAS •

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00930

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS was received by me on *(date)* 10/20/2026 .

❒ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* THE CORPORATION TRUST COMPANY, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS 1209 ORANGE ST., WILMINGTON, DE 19801, AT 10:30 AM on *(date)* 10/20/2026 ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/20/2026

[signature]
*Server's signature*

GILBERT DEL VALLE PROCESS SERVER
*Printed name and title*

________
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT with EXHIBITS 1 & 2, CIVIL COVER SHEET, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK and PLAINTIFFÂS CORPORATE DISCLOSURE STATEMENT