**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

Sectra Communications AB

Plaintiff,

v.

Cellco Partnership d/b/a Verizon Wireless, MCI Communications Services LLC d/b/a Verizon Business Services, and Verizon Communications Inc.

Defendants.

CIVIL ACTION NO. **2:26-cv-930-RWS**

**JURY TRIAL DEMANDED**

# NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Sectra Communications AB ("Plaintiff"), and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Andrea L. Fair, Texas Bar No. 24078488, of Miller Fair Henry PLLC, 1507 Bill Owens Pkwy., Longview, Texas 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: October 21, 2026

*/s/ Andrea L. Fair*
Edward R. Nelson III
State Bar No. 00797142
ed@nelbum.com
Brent N. Bumgardner
State Bar No. 00795272
brent@nelbum.com
Christopher G. Granaghan
State Bar No. 24078585
chris@nelbum.com
Carder W. Brooks
State Bar No. 24105536
carder@nelbum.com
Jinming Zhang

Virginia Bar No. 96210
jinming@nelbum.com
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

***Attorneys for Plaintiff***
***Sectra Communications AB***